# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-228-03   MAGIS. NO: None |
| v.<br><br>ANNA A. BOLING | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Anna A. Boling<br><br>**FILED**<br>AUG 2 2 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:   PDID: None | |
| WARRANT ISSUED ON THE BASIS OF: Indictment Return | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy, Wire Fraud and Attempted Wire Fraud, Securities Fraud and Aiding and Abetting and Causing an Act to be Done

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____ Deputy Clerk

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 371, 18 U.S.C. §§ 1343 and 1349, 18 U.S.C. §§ 78j(b) and 78ff and 18 U.S.C. § 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: URBINA, J. RMU | SIGNATURE (JUDGE/MAGISTRATE JUDGE) URBINA, J. RMU | DATE ISSUED: JUL 27 2006 |
| CLERK OF COURT: NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK: | DATE: JUL 27 2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 7/27/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 8/1/2006 | Marydith J. Newman<br>US Postal Inspector | Marydith J. Newman |
| HIDTA CASE: Yes  No | | OCDETF CASE: Yes  No |