U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

ANNA BOLING

Case No. 06-0228 (ESH)
-03

**FILED**

AUG 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>O R D E R</u>

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___22nd___ day of ___August 2006___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _____ by Postal Inspectors Marydith Newman, Kevin Towers and another Postal Inspector from US Postal Inspection Service _____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____

_____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) Alan Kay

DOJ USA-16-1-80