UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | **FILED** |
| JEFFREY S. MILLS, | : | |
| RODERIC L. BOLING, AND | : | NOV 0 6 2006 |
| ANNA BOLING | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |
| Defendants | : | |
| | : | |

**ORDER**

Having considered the parties' Joint Motion to Exclude Period of Delay from Speedy Trial Act Computation of Time for Commencement of Trial and the representations contained therein, the record of the September 14, 2006 status hearing, and the record of the November 3, 2006 status hearing, this Court makes the following findings:

1. Pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii), due to the voluminous amount of discovery in this case, the anticipated length of trial, and the nature of the charges and prosecution, this is a complex and unusual case for which it is unreasonable to expect adequate preparation for trial within the time limits established by 18 U.S.C. § 3161 by counsel exercising due diligence.

2. Pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii), and 3161(h)(8)(B)(iv), because of the complexity of this case and the necessity for providing attorneys for the defendants the reasonable time necessary for effective preparation of their defense, the ends of justice will be served by delaying commencement of trial for an additional 188 days beyond the 70 day Speedy Trial Act time limit for commencement of trial, and the ends of justice outweigh the defendants' and the public's interests in a more speedy trial date.

Accordingly, IT IS HEREBY ORDERED THAT the period of delay from October 25, 2006, through April 30, 2007, of 188 days shall be excluded from the computation of time under the Speedy Trial Act within which the trial of the offenses charged in the above captioned matter must commence.

November 6, 2006,

*Ellen S Huvelle*
Honorable Ellen Segal Huvelle
UNITED STATES DISTRICT JUDGE