UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                        Cr. No.06-228-03(ESH/JMF)

ANNA BOLING

MEMORANDUM IN SUPPORT OF DEFENDANTS
REQUEST FOR ATTORNEY SERVICES WITHOUT PAYMENT

Defendant Anna Boling, by and through her attorney, Joanne Roney Hepworth, submits the following points and documents in support of her eligibility for legal representation under the Criminal Justice Act.

1. The defendant is currently not employed outside of her home. She is a full time mother of two young children. She is divorced from her husband and totally dependant on the support he provides pursuant to a divorce settlement agreement.

2. Ms. Boling's financial condition is a disaster. Review of her Bankruptcy filings show debts of more than $1,103,000.00 dollars. Her assets consist only of her family home valued at $1,200,000.00[1] dollars but mortgaged for $1,136,589. and her car , valued at 33,500 dollars but financed in the amount of $32,376.00 dollars.

3. Ms. Boling receives $4000.00 per month in alimony and child support. Out of this she pays her bills and the food clothing and schooling for her children. Her children attend a preschool which costs $650 per month, $7500.00 per year. The National Center for Education Statistics projects the total cost of a year of K-12 public school to be $8800 for 2002, with an average pupil- teacher ratio of 16:1. Quality preschool programs need

---

[1] On information and belief.

an assistant teacher in each class. …Therefore, NIEER assumes the average cost of preschool during the academic year would be the same as the K-12 cost-per-child, approximately $8800.[2]

4. Ms. Boling has no unencumbered assets and no ability to pay for her legal representation in this matter.

Wherefore, based upon the representations herein and the attached supporting documents, defendant prays that she be deemed eligible for the legal services of appointed undersigned counsel.

Respectfully submitted,

_____/S/_____
Joanne Roney Hepworth
Law Office of Joanne Roney Hepworth
601 Pennsylvania Avenue, NW
Suite 900, South Building
Washington, DC 20004
(202)789-0037
Fax(301)320-3948
Attorney for Defendant

**Verification of Defendant**

I, Anna Boling, solemnly swear or affirm under criminal penalties for the making of false statement that I have read the foregoing Memorandum, the attached Net Worth Statement and all supporting documents and that the factual statements made in each are true to the best of my personal knowledge, information and belief.

_____/S/_____
Anna Boling, Defendant

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on all parties electronically on this 7th day of December 2006.


Joanne Roney Hepworth

---

[2] **Copyright © 2006 National Institute for Early Education Research, Rutgers, The State University of New Jersey**