*Anna Boling*

|  | 1H 2006 | |
|---|---:|---:|
|  | Amount ($) | % of Total |
| Cash - Checking Accounts | $ 1,221 | 0% |
| Cash - Savings Accounts | $ 589 | 0% |
| Cash - Other | $ - | 0% |
| Accounts Receivable | $ - | 0% |
| Real Estate | $ 1,200,000 | 97% |
| Home Assets | $ 1,500 | 0% |
| Retirement Funds | $ - | 0% |
| Stocks | $ - | 0% |
| Bonds | $ - | 0% |
| Other Investments | $ - | 0% |
| Automobiles | $ 33,500 | 3% |
| Other Assets #1 | $ 2,808 | 0% |
| Other Assets #2 | $ - | 0% |
| Other Assets #3 | $ - | 0% |
| Other Assets #4 | $ - | 0% |
| **Total Assets** | **$ 1,239,618** | |
| | | |
| Accounts payable | $ 45,274 | 3% |
| Credit Card Debt | $ 100,588 | 7% |
| Taxes payable | $ 88,755 | 6% |
| Real Estate Debt | $ 1,136,589 | 81% |
| Automobiles Debt | $ 32,376 | 2% |
| Other Home Assets Debt | $ - | 0% |
| Other Liabilities/Debt #1 | $ - | 0% |
| Other Liabilities/Debt #2 | $ - | 0% |
| Other Liabilities/Debt #3 | $ - | |
| Other Liabilities/Debt #4 | $ - | 0% |
| **Total Liabilities** | **$ 1,403,582** | |
| | | |
| **Net Worth (Assets - Liabilities)** | **$ (163,964)** | |