Anna Boling Asset Detail

| Asset Description | Amount ($) | 1H 2006 % of Total |
|---|---:|---:|
| Cash - Checking Accounts #1 | $ 1,221 | |
| Cash - Checking Accounts #2 | | |
| Cash - Checking Accounts #3 | | |
| **Cash - Checking Accounts** | **$ 1,221** | **0%** |
| Cash - Savings Accounts #1 | $ 589 | |
| Cash - Savings Accounts #2 | | |
| Cash - Savings Accounts #3 | | |
| **Cash - Savings Accounts** | **$ 589** | **0%** |
| Real Estate (market value) #1 | $ 1,200,000 | |
| Real Estate (market value) #2 | | |
| Real Estate (market value) #3 | | |
| **Real Estate** | **$ 1,200,000** | **97%** |
| Home Assets (appliances, furniture, etc.) #1 | $ 1,500 | |
| Home Assets (appliances, furniture, etc.) #2 | | |
| Home Assets (appliances, furniture, etc.) #3 | | |
| **Home Assets** | **$ 1,500** | **0%** |
| Automobiles #1 | $ 33,500 | |
| Automobiles #2 | | |
| Automobiles #3 | | |
| **Automobiles** | **$ 33,500** | **3%** |
| Other Assets | $ 2,808 | |
| Other Assets | | |
| Other Assets | | |
| **Other Assets #1** | **$ 2,808** | **0%** |
| | **$ 1,239,618** | **100%** |