Liabilities Detail

| Liability Description | Amount ($) |
|---|---:|
| Accounts payable #1 | $ 7,022 |
| Accounts payable #2 | $ 27,383 |
| Accounts payable #3 | $ 10,869 |
| **Accounts payable** | **$ 45,274** |
| | |
| Credit Card Debt #1 | $ 2,775 |
| Credit Card Debt #2 | $ 21,514 |
| Credit Card Debt #3 | $ 76,299 |
| **Credit Card Debt** | **$ 100,588** |
| | |
| Taxes payable #1 | $ 88,755 |
| Taxes payable #2 | |
| **Taxes payable** | **$ 88,755** |
| | |
| Real Estate Debt (remaining loan) #1 | $ 637,458 |
| Real Estate Debt (remaining loan) #2 | $ 300,000 |
| Real Estate Debt (remaining loan) #3 | $ 199,131 |
| **Real Estate Debt** | **$ 1,136,589** |
| | |
| Automobiles Debt (remaining loan) #1 | $ 32,376 |
| Automobiles Debt (remaining loan) #2 | |
| Automobiles Debt (remaining loan) #3 | |
| **Automobiles Debt** | **$ 32,376** |
| | |
| **Total Liabilities** | **$ 1,403,582** |

