# EXHIBIT B

**Documents Supporting Current Net Worth**

# EXHIBIT B

**Documents Supporting Current Net Worth**



Mail Box | Help Document | Site Map | Options | Sign Off

Quicken | QuickBooks | Money

**Accounts** | **Register** | **Bill Payments** | **Reports** | **Transfer Funds** | **Apply Online** | **Other Services**



## Accounts Summary

**Last Updated: 12/6/2006 4:06:32 PM ET**                    **Last Accessed: 12/6/2006 3:56:24 PM ET**

Online Accounts For Anna A. Boling

| Savings Accounts | Available Balance | Current Balance |
|---|---|---|
| Detail  491120000-Primary Savings Account | $589.60 | $594.60 |
| **Total** | | **$594.60** |

| Checking Accounts | | |
|---|---|---|
| Detail   4911200-Checking | $1,221.82 | $1,222.82 |
| **Total** | | **$1,222.82** |

| **Grand Total** | | **$1,817.42** |
|---|---|---|

Privacy Statement

Review the Online Access Agreement



https://fairwindsonline.org/Common/Accounts/Accounts.asp                    12/6/2006

## *The* BEST *of* AMERICA®

NATIONWIDE LIFE INSURANCE CO
P.O. BOX 182150
COLUMBUS, OH 43218-2150
www.nationwidefinancial.com
Customer Service:    (800) 547-7548
24 Hr Life Info Line:  (800) 547-2280

000434
ANNA BOLING
205 TRANQUILITY COVE
ALTAMONTE SPRINGS FL   32701

Representative:
02-0-A00819419
HERBERT W. MEANS
RAYMOND JAMES & ASSOC INC
301 E PINE ST STE 1100
ORLANDO FL 32801-2748
(407) 648-4488



Policy Number: N101274460
Your BEST OF AMERICA Life Policy Value is: $2,808.98

Insured:                          ANNA BOLING   Policy Effective Date:        08/06/2002
No. of Trade Days Remaining through December 31st:    19

After 20 transfer events during the calendar year, or more than 11 transfer events in 2 consecutive calendar quarters, all additional transfer requests must be submitted by mail. Nationwide reserves the right to restrict trade activity at any time in order to stop disruptive trading practices.

**Nationwide will assume all transactions are accurate unless notified within 30 days.**

### CURRENT TRANSACTIONS

| Effective Date | Transaction* | Fund Option | Amount | Policy Charges | Unit Value | Number of Units |
|---|---|---|---|---|---|---|
| 08/06/2006 | Transfer To | Grtmre GVIT Govt Bond I | $8.64 | $.00 | 15.60 | 0.55 |
| 08/06/2006 | Transfer To | GVIT Small Company I | $2.54 | $.00 | 23.05 | 0.11 |
| 08/06/2006 | Transfer From | Am Cent VP Value I | $7.37 | $.00 | 19.46 | 0.37 |
| 08/06/2006 | Transfer From | Fid VIP2 Contrfnd Port SC | $22.05 | $.00 | 21.16 | 1.04 |
| 08/06/2006 | Transfer To | Opp Cap App/VA NSS | $35.92 | $.00 | 15.94 | 2.25 |
| # 08/06/2006 | Transfer From | Opp Global Sec Fnd/VA III | $17.68 | $.00 | 12.27 | 1.44 |

### TRANSACTION DESCRIPTION

*Transfer

The ACTION described with "Transfer From" indicates the amount(s) transferred from a fund(s). The ACTION described with "Transfer To" indicates the amount(s) transferred into the fund(s). The number of units involved along with the unit values (if variable) on the effective date of the transfer are stated for your records.

# Funds shown above indicated by a "#" may include short-term trading fees. A short-term trading fee is a charge imposed by the underlying mutual fund when a transfer out of a sub-account occurs within a certain number of days of the allocation into the fund. Please review the prospectus.

N101274460      IBNBG                                                                    Page 1 of 1

00000847

Case 1:06-cr-00228-ESH    Document 26-5    Filed 12/07/2006    Page 6 of 7

# MortgageQuestions.com

**Still have questions?**

Call 888-412-8625 or Chat Live Now

| Your Accounts | Statement | Payments | Resource Center | Message Center |

Overview    Activity    Escrow Information    Year End Information    PMI Information

# Overview

🖶 Print this page

## Customer Information

| | |
|---|---|
| Loan Number: | 7078222085 |
| Borrower: | RODERIC L BOLING |
| Co-Borrower: | ANNA L BOLING |
| Home Phone: | 407-682-2305 |
| Other Phone: | 407-947-2438 |

## Loan Information

| | |
|---|---|
| Mailing Address: | 205 TRANQUILITY COVE ALTAMONTE SPRINGS, FL : |
| Loan Type: | Conventional without PMI AR |
| Original Loan Amount: | $639,200.00 |
| Principal Balance: | $637,458.14 |
| Interest Rate: | 7.500% |
| Loan Mature Date: | 07/01/2027 |

## Payment Information 

| | |
|---|---|
| Billing Mode: | 9 - Bill and Receipt |
| First Payment Date: | 08/01/2002 |
| Last Payment Date: | 10/25/2006 |
| Next Payment Due: | 11/01/2006 |
| Payment Due: | $4,986.05 |

Your payment is comprised of the following amounts:

| | |
|---|---|
| Principal and Interest | $3,984.11 |
| County Tax: | $1,001.94 |

## Year to Date Totals

| | |
|---|---|
| Principal: | $1,650.94 |
| Interest: | $40,094.86 |
| Insurance: | $0.00 |
| Taxes: | $12,060.75 |
| Miscellaneous: | $0.00 |

All information viewed on this site is sent through a secure connection. Any information you exc
viewed by anyone else on the Web. Account information is updated daily at 8:00 am
Account activity from Saturday to Monday will be available by 8:00 am Tι

© 2006, MortgageQuestions.com. All rights reserved.

# GMAC

*Pay off 12/6/06*

*$32,376.99*

PU BOX 680708
DALLAS TX 75266

FOR ASSISTANCE CALL: 800-200-4622

TDD/TTY (HEARING IMPAIRED): 800-833-4622

*Bankruptcy Dept*  *Phoenix, AZ  85062*

*Anna Boing/Roderic Belap*  *Matt 866-447-6583*
ATER EQUIPMENT TECH
205 TRANQUILITY CV
ALTAMONTE SPRINGS  FL  32701

*Group 201*

*NADA*
*Fair Market Value Estimate $33,500*    PAGE 1 OF 1

MAKE/MODEL: 04 CADI ESCALADE
VIN: 3GYFK66N64G156842

**ACCOUNT NUMBER : 024-9044-59470**

STATEMENT REFLECTS
PAYMENT(S) RECEIVED THROUGH: 10/07/05

## ACCOUNT SUMMARY

| NEXT PAYMENT DUE | | PAST DUE PAYMENTS PAY IMMEDIATELY | | OTHER UNPAID AMOUNTS | |
|---|---|---|---|---|---|
| Due Date | 10/29/05 | Due Date | Amount | Late Charge | 57.16 |
| Amount Due | 1,187.72 | 09/29/05 | 1,139.00 | Insurance Premium | |
| | | | | Miscellaneous | |
| TOTAL | 1,187.72 | TOTAL | 1,139.00 | TOTAL | 57.16 |

| TOTAL PAYMENTS AND OTHER UNPAID AMOUNTS: | 2,383.88 |
|---|---|

## PAYMENTS APPLIED AS FOLLOWS

| DUE DATE | SCHEDULED PAYMENT | DATE PAID | UNPAID BALANCE | FINANCE CHARGE | LATE CHARGE | OTHER CHARGE | TOTAL PAID |
|---|---|---|---|---|---|---|---|
| 06/29/05 | 1,187.72 | 07/01/05 | 1,014.07 | 173.65 | 4.28 | | 1,192.00 |
| 07/29/05 | 1,187.72 | 08/10/05 | 1,073.84 | 158.32 | 59.84 | | 1,292.00 |
| 08/29/05 | 1,187.72 | 10/06/05 | 971.26 | 220.74 | | | 1,192.00 |

## MESSAGES



REMAINING UNPAID BALANCE    $47,772.85. THIS AMOUNT DOES NOT INCLUDE FINANCE
CHARGES AND OTHER UNPAID AMOUNTS. PLEASE CALL GMAC FOR YOUR PAYOFF.

THERE'S NOTHING SCARY ABOUT SAVING MONEY.  GMAC CUSTOMERS CAN SAVE UP TO 5% OFF
GMAC INSURANCE'S COMPETITIVE RATES ON AUTO COVERAGE.  EXPERIENCE GREAT BENEFITS
AND GUARANTEES AT EXCLUSIVE DISCOUNTS!  CALL 1-866-646-1753 AND MENTION SAVINGS
CODE ACB4 TO GET YOUR EASY, NO-OBLIGATION QUOTE TODAY!
NOT AVAILABLE IN FL, HI, MA, NY, NJ, TN, TX, OR WV.