UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

Cr. No. 06-228-03 (ESH/JMF)

ANNA BOLING,

Defendant

FILED

DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### REPORT AND RECOMMENDATION

This matter was referred to me to ascertain whether the defendant qualifies for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. 3006A [1]. See Fed. R. Crim. P. 44. Pursuant to my order, the defendant, through her appointed counsel has made a detailed submission of the defendant's net worth. That material establishes that her liabilities exceed her assets. I therefore conclude that, absent some reason tendered by the United States to challenge the truthfulness or accuracy of her submission, she is indigent and qualifies for the appointment of counsel. I therefore recommend that the order appointing Joanne Roney Hepworth, Esq, as counsel not be vacated.

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

December 14, 2006

---

[1] All citations to the United States Code are to the electronic versions that appear in Westlaw or Lexis.