UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | CR. NO. 06-228-03(ESH) |
| | * | |
| | * | |
| ANNA BOLING | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT'S MOTION FOR AN ORDER
REQUIRING THE PROSECUTION TO GIVE NOTICE OF ITS
INTENTION TO USE OTHER CRIMES, WRONGS OR ACTS EVIDENCE**

Defendant, Anna Boling, by Joanne Roney Hepworth, her attorney, hereby moves this Honorable Court, pursuant to Federal Rule Of Criminal Procedure 12(d)(2), and Federal Rules of Evidence 104(a) and (c), and Federal Rule of Criminal Procedure 404(b), for an order requiring the prosecution to give notice of at least two weeks prior to trial of its intention to introduce as evidence at trial for any purpose including rebuttal, cross-examination or impeachment, the following:

1. Evidence of "other crimes, wrongs, or acts" of the defendant, as that phrase is used Federal Rule of Evidence 404(b), including the issue or issues on which the prosecution believes such evidence is relevant within the scope and meaning of Rule 404(b).

2. Evidence of "other crimes, wrongs or acts" includes, but is not limited to any and all records and information revealing prior felony convictions or guilty verdicts of juvenile adjudications attributed to defendant as well as any relevant state and/or federal "rap" sheets.

3. At least two weeks notice in advance of trial is necessary in order to avoid

unfair surprise and to give defendant an adequate opportunity to investigate the facts of such allegedly similar acts or wrongs. In addition, at least two weeks allows defendant to then prepare appropriate motions in limine regarding the introduction of such evidence. If this case goes to trial, it most likely will involve an insanity defense requiring motions in limine just on that issue.

Defendant requests that this motion be granted and that the prosecution be ordered to notify the defense at least two weeks prior to trial of what evidence it will seek to introduce pursuant to F.R.E. 404(b).

Respectfully submitted,

_____
JOANNE RONEY HEPWORTH
601 Pennsylvania Avenue,
Suite 900, South Building
Washington, DC 20004
(202)789-0037
Fax (301)320-3948

CERTIFICATE OF SERVICE

I, hereby, certify that on this the 23rd day of February, 2007, a copy of the foregoing notice was served electronically on all parties

_____
Joanne Hepworth

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | CR. NO. 06-228-03(ESH) |
| | * | |
| | * | |
| ANNA BOLING | * | |

*******************************************

## ORDER

Upon consideration of Defendant Anna Boling's motion, It is on this _____ day of _____, hereby

ORDERED that at least two weeks before the trial herein, the United States shall provide the Defendant with notice of its intention to introduce as evidence at trial for any purpose including rebuttal, cross-examination or impeachment, evidence of "other crimes, wrongs, or acts" of the defendant, as that phrase is used Federal Rule of Evidence 404(b), including the issue or issues on which the prosecution believes such evidence is relevant within the scope and meaning of Rule 404(b).

_____
JUDGE ELLEN SEGAL HUVELLE
United States District Judge
For the District of Columbia