UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | CR. NO. 06-228-03(ESH) |
| | * | |
| | * | |
| ANNA BOLING | * | |

*******************************************

## MOTION TO ADOPT MOTIONS
## FILED BY CO-DEFENDANTS

     Comes now Defendant Anna Boling, by and through her attorney, Joanne Roney Hepworth, and respectfully moves this Court to order that she be allowed to adopt each and every motion, objection, petition and/or appeal filed on behalf of her co-defendants, in Criminal No.**06-228**, as they may favorably relate to her, with the exception of motions for continuance and waivers of speedy trial. Anna Boling further moves the Court to order that all objections, exceptions, motions and other applications for relief made during the trial in Criminal No.**06-228,** where appropriate, inure to her benefit and be treated as if Anna Boling, through counsel, had made them.

     Specifically, Defendant Anna Boling, moves to adopt and join the following motions filed by Codefendant Roderic Boling:

**MOTION FOR ISSUANCE OF RULE 17(C ) SUBPEONA**

**MOTION FOR EXTENSION OF TIME TO FILE MOTIONS**

     **WHEREFORE,** Defendant, Anna Boling, prays that, where appropriate, this Court treat these and other motions filed by her co-defendants to be equally applicable to her.

Respectfully Submitted,

_____
Joanne Roney Hepworth
601 Pennsylvania Avenue, NW
Suite 900, South Building
Washington, DC  20004
(202)789-0037
Fax (301)320-3948

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been sent electronically to all parties on this the 23rd of February, 2007.

_____
Joanne Roney Hepworth

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR. NO. 06-228-03(ESH) |
| | * |
| ANNA BOLING | * |

*******************************************

# ORDER

Upon consideration of Defendant Anna Boling's Motion To Adopt Motions Filed By Codefendants, it is on this _____ day of _____, 2003, hereby

**ORDERED** that said Motion be **GRANTED**.

_____
**JUDGE ELLEN SEGAL HUVELLE**
UNITED STATES DISTRICT COURT