UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR. NO. 06-228-03(ESH) |
| | * |
| ANNA BOLING | * |

******************************************

## DEFENDANT ANNA BOLING'S MOTION IN *LIMINAE* TO EXCLUDE AUDIO RECORDINGS AS EVIDENCE AGAINST HER

     Defendant Anna Boling, by and through her attorney, Joanne Roney Hepworth, respectfully moves the Court to exclude from evidence against her at trial all audio recordings, including, but not limited to, copies seized from "a computer of an employee" at Telephone Broadcasting Company. As grounds for the motion, Defendant states that the United States has admitted that it does not have the original recordings and therefore the recordings cannot be authenticated. Copies of recordings cannot be authenticated. Further, the government has no evidence as to when or how the original recordings were made, has no evidence as to the contents or chain of custody of the original recordings. Therefore the government cannot meet its burden of showing by clear and convincing evidence that the proffered recordings are authentic, accurate and trustworthy. Federal Rules of Evidence, Rule 901.

     Wherefore defendant submits that these recordings must be excluded as evidence against her. Defendant requests leave to supplement this pleading upon completion of further investigation. Defendant respectfully requests a hearing on this motion.

                                        Respectfully Submitted,

                                        _____

                                        Joanne Roney Hepworth

                                      601 Pennsylvania Avenue, NW
                                      Suite 900
                                      Washington, D.C. 20004
                                      (202)789-0037
                                      Fax 301-3203948
                                      Attorney for Anna Boling

## CERTIFICATE OF SERVICE

    I, hereby, certify that a copy of the foregoing was, served electronically on all parties , on this 10th day of March, 2007.

                                                          _____

                                                          Joanne Roney Hepworth

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | CR. NO. 06-228-03(ESH) |
| | * | |
| | * | |
| ANNA BOLING | * | |

ORDER

Upon consideration of Defendant Anna Boling's Motion In Liminae To Exclude Audio Recordings As Evidence Against Her, the Government's opposition thereto, the evidence adduced at a hearing thereon and the entire record herein, it is on this _____ day of _____,

**ORDERED,** that said motion is hereby **GRANTED**.

_____
ELLEN SEGAL HUVELL
United States District Judge
For the District of Columbia

1