UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | CR. NO. 06-228-03(ESH) |
| | * | |
| | * | |
| ANNA BOLING | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT ANNA BOLING'S OPPOSITION TO THE GOVERNMENT'S USE OF "INEXTRICABLY INTERTWINED EVIDENCE, AND EVIDENCE OF OTHER ACTS PURSUANT TO FED.R.EVID. 404(b)"**

Comes now Defendant Anna Boling, by and through her attorney, Joanne Roney Hepworth, in opposition to the Government's motion in Limine states the following points and authorities:

1. Defendant Anna Boling adopts, joins and incorporates herein each and every argument and point raised by Defendant Roderick Boling in his Defendant's Opposition to the Government's Use of Intrinsic or Inextricably Intertwined Evidence at Trial.

2. Some or all of the Government's proffered evidence must be excluded because, pursuant to F.R.E. R. 402, it is not relevant to any fact or issue of consequence to the action at hand.

3. Some or all of the Government's proffered evidence must be excluded because, pursuant to F.R.E. R. 403, it's probative value is substantially outweighed by the danger of confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, is "unfairly prejudicial, cumulative, its relevance notwithstanding." *See Old Chief v. United States*, 519 U.S. 172, 179 (1997).

4. Some or all of the Governments proffered evidence must be excluded because it is is impermissible propensity evidence offered solely for the purpose of proving that the defendants' actions conformed to her character." *United States v. Crowder*, 141 F.3d 1202, 1206 (D.C. Cir. 1998) (en banc) (*Crowder II*), quoting *United States v. Jenkins*, 928 F.2d 1175, 1180 (D.C. Cir. 1991).

**WHEREFORE** Defendant Anna Boling prays that the Government's Motion be denied.

                    Respectfully Submitted,

                    ___/S/_____
                    Joanne Roney Hepworth
                    601 Pennsylvania Avenue, NW
                    Suite 900, South Building
                    Washington, DC  20004
                    (202)789-0037
                    Fax (301)320-3948

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing has been sent electronically to all parties on this the 16th day of March , 2007.

                    ____/S/_____
                    Joanne Roney Hepworth