Defendant _Roderick Bell_   Case Number _CR06-8663_   ITS Number _700 3222_

## SENTENCE

### (As to Count One )

The defendant, being personally before this court, accompanied by the defendant's attorney of record, _R._ _Kimble_ , and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

(Check one if applicable.)

____ and the Court having on _6-24-92_ _(date)_ deferred imposition of sentence until this date.

____ and the Court having previously entered a judgment in this case on _____ _(date)_ now resentences the defendant.

____ and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

### IT IS THE SENTENCE OF THE COURT THAT:

____ The defendant pay a fine of $ _____ , pursuant to section 775.083, Florida Statutes, plus $ ____ as the 5% surcharge required by section 960.25, Florida Statutes.

____ The defendant is hereby committed to the custody of the Department of Corrections.

____ The defendant is hereby committed to the custody of the Sheriff of _Orange_ County, Florida.

____ The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

### TO BE IMPRISONED (CHECK ONE; UNMARKED SECTIONS ARE INAPPLICABLE.):

____ For a term of natural life.

____ For a term of _5 yrs_ .

____ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

____ "split" sentence, complete the appropriate paragraph.

Followed by a period of _____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

However, after serving a period of _____ imprisonment in _____ , the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

**In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.**

It is further ordered that the sentence imposed for this count shall run _____ Consecutive to _____ Concurrent with (check one) the sentence set forth in count _____ above.

### CONSECUTIVE/CONCURRENT

FILED IN OPEN COURT
THIS _2_ DAY OF _Oct_ , 19_92_

Fran Carlton, Clerk
BY: _____ D.C.

32-33 (7-92)

Defendant Rothwell Wilbur _____ Case Number CRY0-8b6U3

# SPECIAL PROVISIONS

(As to Count One )

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

**Firearm**

___ It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Firearm (Police Officer Weapon)**

___ It is further ordered that the 3-year minimum imprisonment provisions of section 775.0875, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**

___ It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance Within 1,000 Feet of School**

___ It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Felony Offender**

___ The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Habitual Violent Felony Offender**

___ The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

## Other Provisions:

**Retention of Jurisdiction**

___ The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

_X_ It is further ordered that the defendant shall be allowed a total of 223 days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

32-30  (7-92)

Defendant _Rodrick Koplin_    Case Number _CR90-5663_

**Other Provisions, continued:**

**Consecutive/Concurrent
As To Other Counts**

_____ It is further ordered that the sentence imposed for this count shall run
(check one) _____ consecutive to _____
with the sentence set forth in count _____ of this case.

**Consecutive/Concurrent
As To Other Convictions**

X It is further ordered that the composite term of all sentences imposed for
the counts specified in this order, shall run
(check one) _____ consecutive to _____
with the following: _____ consecutive to X concurrent
(check one)

_____ any active sentence being served.

X specific sentences: _CR 90-13210_

_____

_____

In the event the above sentence is to the Department of Corrections, the Sheriff of _ORANGE_
County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at
the facility designated by the department together with a copy of this Judgment and sentence and any other
documents specified by Florida Statute.

The defendant in open court was advised of the right to appeal from this sentence by filing notice of
appeal within 30 days from this date with the clerk of this court and the defendant's right to the assistance
of counsel in taking the appeal at the expense of the State on showing of indigency.

In imposing the above sentence, the court further recommends _____

_____

_____

DONE AND ORDERED in open court at _Oct_ _____ County, Florida,

this _2_ day of _Oct_ 19 _92_.

_____
Judge

STATE OF FLORIDA
COUNTY OF ORANGE
that the above and foregoing is a true copy
of the original filed in this office.

I HEREBY CERTIFY

_____ Clerk Circuit Court
_____ D.C.

Dated _3-30-07_

32-40 (7/92)

☐ PROBATION VIOLATOR

STATE OF FLORIDA
-VS-
Roderick Lee Boling
Defendant

FILED IN OPEN COURT
THIS 1 DAY OF May, 19 91
Fran Carlton, Clerk
By M. Elliott D.C.

CRIMINAL CIRCUIT COURT DIV 1

IN THE CIRCUIT COURT, NINTH JUDICIAL
CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.    CR 90-8663
DIVISION 15

**JUDGMENT**

377P498 Orange Co., FL.
05/10/91 11:41:05am
OR4286 PG1356

The Defendant, Roderick Lee Boling, being personally before this Court represented by T. Turner, his attorney of record, and having:

☐ Check Applicable
Provision)

☐ Been tried and found guilty of the following crime(s)
☐ Entered a plea of guilty to the following crime(s)
☑ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NO(S) | CRIME DEGREE |
|---|---|---|---|
| 1 | Grand Theft Third Degree of Motor vehicle | 812.014 | F.3 |

AND no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

The Defendant is hereby ordered to pay three ($3.00) dollars as court cost pursuant to F.S. 943.25(4).
The Defendant is hereby ordered to pay two ($2.00) dollars pursuant to F.S. 943.25(8). (This provision is optional; not applicable unless checked.)
The Defendant is ordered to pay a sum of twenty ($20.00) dollars pursuant to F.S. 960.20 (Crimes Compensation Trust Fund.)
The Defendant is ordered to pay Two-hundred ($200.00) dollars pursuant to F.S. 27.3455.
The Defendant is further ordered to pay a fine in the sum of $_____ pursuant to F.S. 775.0835. (This refers to optional fine for Crime Compensation Trust Fund; not applicable unless checked. Fines as part of sentence recorded on sentence page.)
The Court hereby imposes additional court cost of $_____.

Imposition of Sentence
Stayed and Withheld
(Check if Applicable)

Sentence Deferred
Until Later Date
(Check if Applicable)

☐ The Court hereby stays and withholds the imposition of sentence as to count(s) _____ and places the Defendant on probation or community control for a period of _____ under the supervision of the Department of Corrections/ Orange County Probation (conditions of probation/community control set forth in a separate order.)

☐ The Court hereby defers imposition of sentence until _____

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

**DONE AND ADJUDICATED** in open Court at _____ Orlando _____, Orange County, Florida this the
1 day of _____ may _____, 19 9 1, pursuant to Rule 3.670.

**DONE AND ORDERED** in Open Court at _____ Orlando, Orange County, _____ Florida, this 1 day
may , 19 91 .I HEREBY CERTIFY that the above and foregoing fingerprints are the
fingerprints of the Defendant, Roderick Lee Boling and that they were placed thereon
by said Defendant in my presence in Open Court this date.

Name and Title

Fingerprints taken by: _____

Page _____ of _____

JUDGE

STATE OF FLORIDA

I HEREBY CERTIFY
that the above and _____ day

Dated 8-3-98

FINGERPRINTS OF DEFENDANT

OR 4286 PG 1357

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

32-12 (9/89)

RECORDED & RECORD VERIFIED
County Comptroller, Orange Co., FL

1a

ST 11/04/92

# IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
## IN AND FOR SEMINOLE COUNTY, FLORIDA

| | |
|---|---|
| ___ RETRIAL | |
| ___ RESENTENCING | CASE NO. __ L91-0002b5CFA |
| ___ PROBATION VIOLATOR | REEL ___ BD |
| ___ COMMUNITY CONTROL VIOLATOR | COURT REPORTER __ C. Glass |

STATE OF FLORIDA

vs.                                    MINUTES, JUDGMENT AND SENTENCE

RODERIC LEE                            BY _____
                                       SEMINOLE CO. FLA.
DEFENDANT        BOLING III

FILED IN OFFICE
MARYANNE MORSE
CLERK CIRCUIT COURT
1992 NOV -5 PM 4: 14

Court was convened with the Honorable _____ JUDGE NEWMAN BROCK _____ presiding, and ___ in attendance, Assistant

State Attorney, _____, Clerk Clerk __ M. KLINGMAN _____

The Defendant, ___ RODERIC LEE        BOLING III ___, being personally before the Court represented by

_____, his attorney of record and having:

( ) been tried and found guilty of the following crime(s)
( ) entered a plea of guilty to the following crime(s) __Count II__
( ) entered a plea of nolo contendere to the following crime(s) __Count I__

| Count | | Crime/Statute Number(s) | | Degree of Crime |
|---|---|---|---|---|
| 01 | POSS STOLEN D/L | 322.212(1) | | F 3 |
| 02 | RESIST W/O VIOLENCE | 843.02 | | M 1 |

( ) REVOKED PROBATION
( ) REVOKED COMMUNITY CONTROL
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT
(✓) ADJUDICATED GUILTY; and no cause having been shown why the Defendant should not be adjudicated guilty,
    IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).
( ) ADJUDICATION WITHHELD; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD of the above crime(s).

DISTRIBUTION: White - Court File  •  Green - Sheriff  •  Yellow - State Attorney  •  Pink - Probation & Parole  •  Goldenrod - Defense Attorney
                                     Dept. of Corrections (2)  •  Sentencing Guidelines Commission

Page 1 of 5

Defendant: _____    Case No. _____

# ORDER OF PROBATION/COMMUNITY CONTROL

**COMMUNITY CONTROL:**

( ) The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) Followed by a period of _____
   of Correction according to the terms and conditions set forth in this order.

( ) The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) Followed by a period of _____ on Probation under the supervision of the Department of Corrections according to the conditions set forth in this order.

**PROBATION:**

( ) The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) The Court hereby stays and withholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) With same conditions set forth in previous Order excluding any costs previously paid.

( ) Said Probation/Community Control to run concurrent/consecutive with _____

(x) The Defendant is hereby ordered to pay the following costs: $200.00 pursuant to F.S. 27.3455, $20.00 pursuant to F.S. 960.20, $3.00 pursuant to F.S. 943.25. The Court waived statutory costs.

( ) The Court hereby imposes a fine of $ _____ plus $ _____ as the 5% surcharge required by F.S. 960.25, payable to the Clerk of the Circuit Court within _____

( ) The Court hereby assessed a lien of $ _____ for the services of the _____ Public Defender.

( ) The Defendant is hereby ordered to pay restitution in the amount of $ _____ to _____

( ) The Court appointed the Public Defender for appeal purposes.

The Defendant was advised of his right to appeal from this judgment by filing notice of appeal with the Clerk of the Circuit Court within 30 days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

**You are hereby placed** on notice that the Court may at any time rescind or modify any of the conditions of your probation/community control, or may extend the period of probation/community control as authorized by law, or may discharge you from further supervision. And that, if you violate any of the conditions of your probation/community control, you may be arrested and after providing you an opportunity to be heard, the Court may revoke your probation/community control, adjudge you guilty if adjudication of guilt was withheld and impose any sentence which it may have imposed before placing you on probation/community control or require you to serve the balance of the sentence in community control.

**DONE AND ORDERED** in Open Court at Sanford, Seminole County, Florida, this _____ day of _____, 19__.

_____
CIRCUIT JUDGE

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72 hours, report to the Department of Corrections, Probation and Parole Office, 101 E. First Street, 3rd Floor, Suite 300, Sanford, Florida, for further instruction.

DATE: 11/5/02    _____
PROBATION/COMMUNITY CONTROLEE

CR-6079A.021                    Page 2 of 4                    M&M

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA  2-27-07

BY: _____    DEPUTY CLERK

DEFENDANT _Robbie Kelley_    CASE NO. _91-2465-CFA_

**SENTENCE**

(As to Count _I_ )

The Defendant, being personally before this Court, accompanied by his attorney, _[signature]_ __, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

( ) and the Court having _____ deferred imposition of sentence until this date;

( ) and the Court, having previously entered a judgment on the defendant, now resentences the defendant;

( ) and the Court, having placed the Defendant on Probation/Community Control, and having subsequently revoked the Defendant's Probation/Community Control by separate order entered herein;

**IT IS THE SENTENCE OF THE LAW that:**

( ) The Defendant pay a fine of $ _____ , plus $ _____ as the 5% surcharge required by F.S. 960.25.

( ) The Defendant is hereby committed to the custody of the Department of Corrections.

( ) The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( ) The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

**TO BE IMPRISONED** (check only unmarked sections are inapplicable)

( ) for a term of Natural Life.

( ) for a term of _5 years_

( ) Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this Order.

( ) _____ imprisonment in Department of Corrections.

( ) However, after serving a period of _____ of the balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY CONTROL, for a period of _____ under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

( ) Followed by a period of _____ on PROBATION/COMMUNITY CONTROL, under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

**SPECIAL PROVISIONS**

By appropriate notation, the following provisions apply to the sentence imposed in this section:

RETENTION OF JURISDICTION    ( ) The Court retains jurisdiction over the defendant pursuant to Florida Statute 947.16(4).

JAIL CREDIT    ( ) It is further ordered that the Defendant shall be allowed a total of _53 days_ credit for such time as he has been incarcerated prior to imposition of this sentence.

CREDIT FOR TIME SERVED    ( ) It is further ordered that the Defendant be allowed credit for all time previously served on this cou __ in the Department of Corrections prior to resentencing.

CONSECUTIVE/ CONCURRENT    ( ) It is further ordered that the sentence imposed for this count shall run [ ] consecutive to [ ] concurrent with the sentence set forth in Court _____ .

Page _2_ of _5_

CR40790.021

H&M

DEFENDANT _____  CASE NO. 91-2625-CFA

SENTENCE
(As to Count __II__)

The Defendant, being personally before this Court, accompanied by his attorney, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

( )  and the Court having on _____ deferred imposition of sentence until this date;

( )  and the Court having previously entered a judgment on the defendant, now resentences the defendant;

( )  and the Court having previously placed the Defendant on Probation/Community Control, and having subsequently revoked the Defendant's Probation/Community Control by separate order entered herein;

IT IS THE SENTENCE OF THE LAW that:

( )  The defendant pay a fine of $_____, plus $_____ as the 5% surcharge required by F.S. 960.25.

( )  The Defendant is hereby committed to the custody of the Department of Corrections.

( )  The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( )  The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one; unmarked sections are inapplicable)

( )  For a term of Natural Life.

(✓)  For a term of 53 years

( )  Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this Order.

( )  However, after serving a period of _____ imprisonment in Department of Corrections, the balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY CONTROL for a period of _____ under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

( )  followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

RETENTION OF JURISDICTION  ( )  The Court retains jurisdiction over the defendant pursuant to Florida Statute 947.16(4).

JAIL CREDIT  (✓)  It is further ordered that the Defendant shall be allowed credit for such time as he has been incarcerated prior to imposition of this sentence.

CREDIT FOR TIME SERVED  ( )  It is further ordered that the Defendant be allowed credit for a total of 53 years in the Department of Corrections prior to resentencing.

CONSECUTIVE/CONCURRENT  ( )  It is further ordered that the sentence imposed for this count shall run [ ] consecutive to [ ] concurrent with the sentence set forth in Court.

Page 4 of 5

C6:07PD.021

M&M





ST 11/04/92

# IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
## IN AND FOR SEMINOLE COUNTY, FLORIDA

( ) RETRIAL

( ) RESENTENCING

( ) PROBATION VIOLATOR

( ) COMMUNITY CONTROL VIOLATOR

CASE NO.           L-90-001569CFA

REEL           80 #

LOG#  _Chekody_

COURT REPORTER  _a. Ahlody_

BY  _____

SEMINOLE CO. FLA., D.C.

STATE OF FLORIDA

VS.

RODERIC LEE        BOLING

DEFENDANT

MINUTES, JUDGMENT AND SENTENCE

FILED IN OFFICE
HARRANNE MORSE
CLERK CIRCUIT COURT
1992 NOV -5 PM 4: 12

Court was opened with the Honorable  _Nolan Jr. Brice_  JUDGE NEWMAN BROCK  presiding; and  _____

State Attorney  _Clinton Jr. Klein_ ; Court Clerk  _M. KLINGMAN_  being personally before the Court represented by

The Defendant,  _RODERIC LEE        BOLING_ , in attendance, _assistant

( ) No attorney of record and having:

( ) Been tried and found guilty of the following crime(s)

( ) Entered a plea of guilty to the following crime(s)

( X ) Entered a plea of nolo contendere to the following crime(s)

| Court | Crime/Statute Number(s) | | Degree of Crime |
|---|---|---|---|
| ☒ FORGERY | 831.01 | 4/11/91 | F 3 |

( ) REVOKED PROBATION

( ) REVOKED COMMUNITY CONTROL

( ) CONFIRMED PRIOR ADJUDICATION OF GUILT

( ✓ ) ADJUDICATED GUILTY. and no cause having been shown why the Defendant should not be adjudicated guilty,
IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

( ) ADJUDICATION WITHHELD. IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD of the above crime(s).

DISTRIBUTION: White - Court File  - Green - Sheriff  - Yellow - State Attorney  - Pink - Probation & Parole  - Goldenrod - Defense Attorney
_____ Dept. of Corrections (2) _____ Sentencing Guidelines Commission

Page 1 of  5

5 Ca

ERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY

DEPUTY CLERK

Defendant _____   Case No. 90-1568-CFA

## ORDER OF PROBATION/COMMUNITY CONTROL

**COMMUNITY CONTROL:**

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____
and places the Defendant on Community Control for a period of _____
supervision of the Department of Corrections according to the conditions set forth in this order.

( )  Followed by a period of _____ on Probation under the supervision of the Department
of Corrections according to the terms and conditions set forth in this order, under the

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s) _____
and places the Defendant on Community Control for a period of _____
supervision of the Department of Corrections according to the conditions set forth in this order.

( )  Followed by a period of _____ on Probation under the supervision of the Department
of Corrections according to the terms and conditions set forth in this order, under the

**PROBATION:**

The Court hereby stays and withholds the imposition of sentence as to Count(s) _____
places the Defendant on probation for a period of _____ under the supervision of the
Department of Corrections according to the condition set forth in this order.

( )  The Court is hereby ordered to pay the following costs: _____ and
places the Defendant on probation for a period of _____ under the supervision of the
Department of Corrections according to the conditions set forth in this order.

(✓)  With same conditions set forth in previous this order.

said probation/community Control to run concurrent/consecutive with _____ Case 91-268-CFA

(✓)  The Defendant is hereby ordered to run concurrent/consecutive with _____ Case 91-157-CFA

( )  The Court is hereby ordered to pay the following costs: _____ $200.00 pursuant to F.S. 27.3455, $20.00 pursuant
to F.S. 960.20, $3.00 and $2.00 pursuant to F.S. 943.25.  ( ) the Court waived statutory costs.

( )  The Court hereby imposes a fine of $_____ plus $_____ as the 5% surcharge required by F.S. 960.25,
payable to the Clerk of the Circuit Court within _____

( )  The Court hereby assessed a lien of $_____ for the services of the _____ Public Defender.

( )  The Defendant is hereby ordered to pay restitution in the amount of $_____ to _____

The Defendant was advised of his right to appeal from this judgement by filing notice of appeal with the Clerk of the Circuit
Court within 30 days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant
was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of
indigency.

( )  The Court appointed the Public Defender for appeal purposes.

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your
probation/community control, or may extend the period of probation/community control as authorized by law, or may discharge you
from further probation/community control and that if you violate any of the conditions of your probation/community control, you may
and after providing you an opportunity to be heard, the Court may revoke your probation/community control, adjudge you guilty,
and impose any sentence which it may have imposed before placing you on probation/community control.

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this _____ day of _____ 19 ___

CIRCUIT JUDGE

PROBATION/COMMUNITY CONTROL OFFICER

Page ___ of ___

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72
hours, report to the Department of Corrections, Probation and Parole Office, 101 E. First Street, 3rd floor, Suite 300, Sanford,
Florida, for further instructions.

DATE 11/5/92

CRO790.021

H&M

DEFENDANT [signature]    CASE NO. _____

It is further ordered that the Defendant comply with the following STANDARD CONDITIONS AND SANCTIONS OF COMMUNITY CONTROL/PROBATION:

(1) Not later than the fifth day of each month, you will make a full and truthful report to your Community Control/Probation Officer on the form provided for that purpose.

(2) You will pay the State of Florida $_____ dollars per month toward the cost of your supervision, unless otherwise waived in compliance with Florida statutes.

(3) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Community Control/Probation Officer.

(4) You will neither possess, carry, or own any weapons or firearms.

(5) You will live and remain at liberty without violating the law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your Community Control/Probation.

(6) You will not use intoxicants to excess; nor will you visit places where intoxicants, drugs, or other dangerous substances are unlawfully sold, dispensed, or used.

(7) You will work diligently at a lawful occupation and support any dependents to the best of your ability, as directed by your Community Control/Probation Officer. Any period of unemployment in excess of thirty (30) days shall presumptively be a violation of this probation.

(8) You will promptly and truthfully answer all inquiries directed to you by the Court or the Community Control/Probation Officer and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.

(9) You will report in person within 72 hours of _____ release from confinement to the Probation and Parole Office in Seminole County, Florida, unless otherwise instructed by your Community Control/Probation Officer.

If the Defendant has been placed on Community Control, he is further ordered to comply with the following additional STANDARD CONDITIONS OF COMMUNITY CONTROL:

(10) You will report to your Community Control Officer at least four (4) times a week, or, if unemployed full time, daily.

(11) You will remain confined to your approved residence except for one-half hour before and after your approved employment, public service work, or any other special activities approved by your Community Control Officer.

(12) You will submit to urinalysis, breathalyzer, or blood test at any time requested by your Community Control Officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs, or controlled substances.

(13) You will maintain an hourly accounting of all your activities on a daily log which you will submit to your Community Control Officer upon request.

( ) You will participate, at your own expense, in the Electronic Monitoring Program as directed by the Florida Department of Corrections.

When placed in the Electronic Monitoring Program, you will, at your own expense, maintain a private telephone which is approved by the Florida Department of Corrections. The telephone line and telephone will be available within five (5) working days of being placed on the Electronic Monitoring Program.

When placed in the Electronic Monitoring Program, you will comply with special instructions of the Department of Corrections concerning the electronic monitoring system.

( ) You will be financially responsible for any loss or damage of electronic equipment. Reimbursement will be made to the Department of Corrections. (Wallet only)

CR(070G.02)

Page 3 of 5

TD

DEFENDANT _Robert Kelly_                     CASE NO. _90-1577-CFA_

And it is further ordered that the Defendant comply with the following
SPECIAL CONDITIONS OF COMMUNITY CONTROL/PROBATION that have been checked
below:

a. You will pay the following sum to the Clerk of the Circuit Court, P.O. Box 850, Sanford, Florida 32772;
   (1) Pursuant to Sec. 960.20, F.S., the sum of $20.00 for the Crimes Compensation Trust Fund;
   (2) Pursuant to Sec. 943.25, F.S., the sum of $3.00 for the Criminal Justice Training Trust Fund,
   (3) Pursuant to Sec. 943.25, F.S., the sum of $2.00 for the Criminal Justice Education by Municipalities and
       Counties.
   (4) Additional court costs @ $200.00 _____
   (5) Probation/Community Control Costs _____
   (6) Investigative Costs in the amount of $100.00's

b. You will pay the following sum to the Board of County Commissioners, Seminole County,
   1101 E. First Street, Sanford, Florida 32771 _____ for the services of the Public Defender in this case,
   directed by your Community Control/Probation Officer.

c. You will pay restitution _____
   ( ) Restitution is not ordered
   ( ) as it is not applicable.
   ( ) due to the financial resources of the defendant.
   ( ) due to _____

d. You will pay $ _____ per attached schedule.
   ( ) per schedule to be prepared by the Probation Supervisor.
   ( ) in an amount and according to a schedule to be established at a subsequent hearing.
   ( ) in an amount and according to a schedule to be agreed upon with your Probation Supervisor. (the Court
       will hold a hearing to determine the amount if agreement cannot be reached.)
   ( ) (Other): _____

e. You will obtain a General Equivalency Diploma (G.E.D.) or regular high school diploma as directed by your
   Probation/Community Control Officer.

f. You will complete vocational aptitude and interest testing and training classes at an area vocational program
   as directed by your Probation/Community Control Officer.

g. You will undergo mental health screening and, if deemed necessary, undergo mental health counseling as directed
   by your Probation/Community Control Officer.

h. You will undergo psychiatric treatment/mental health counseling at/with _____
   keeping all scheduled appointments, until such time as the person in charge of the treatment and your
   Probation/Community Control Officer determine that treatment is no longer necessary.

i. You will undergo drug or alcohol screening as directed by your Probation/Community Control Officer to determine
   if you need treatment for drug or alcohol abuse.

j. You will complete any screening and evaluation expenses ordered including drug/alcohol screening
   and psychological/psychiatric examination and testing;
   ( ) Pay $60.00 to I&C, The Grove Counseling Center, Inc., P.O. Box 4055, Winter Springs, FL 32708.
   ( ) within _____ days.
   ( ) as directed by your Community Control/Probation Officer.

k. You will immediately enroll or continue to attend and successfully complete the following drug/alcohol
   rehabilitation program, including any after care:
   the rules and regulations of which are hereby made conditions of your probation.

l. As directed by your Probation/Community Control Officer, you will enroll in, regularly attend, and successfully
   participate such programs as are reasonably related to your past and future criminality, or to the rehabilitative
   purposes of probation; including, but not limited to, alcohol and drug treatment and counseling, mental health
   counseling, vocational and educational courses and rehabilitation programs, and evaluation and therapy.

m. Enroll and successfully complete the Life Skills Program sponsored by the Department of Corrections.

CR90790.021

Page _4_ of _5_

50

DEFENDANT _[signature]_    CASE NO. 90-1582-CFA

n. ( ) You will enroll and successfully complete a counseling program for persons who have been abusive to their parents or partners.

o. ( ) You will not possess any stolen property.

o. ( ) You will not use or possess marijuana, cocaine, or controlled substances of any kind (except upon prescription of a duly licensed medical doctor), not associate with persons illegally possessing controlled substances, nor be in areas where controlled substances are sold or used. You will possess no controlled substance paraphernalia; that is, cigarette papers, bong pipes, roach clips, hypodermics, etc.

p. ( ) You shall not enter any bar or liquor lounge without the permission of your Probation/Community Control Officer.

q. ( ) You will not enter any bar or liquor lounge without the permission of your Probation/Community Control officer.

r. ( ) You will not consume or possess any alcohol.

s. ( ) You will submit to physical or chemical examinations, upon the request of your Probation/Community Control officer, to determine the systemic presence of alcohol, controlled substances or unlawfully acquired drugs. You will pay the costs of these examinations.

s. ( ) The Court retains the custody over your person and authorizes any Probation/Community Control Officer to search you at any time and search all vehicles and premises concerning which you have legal standing to give consent to search.

t. ( ) You will have no contact with the following person(s):_____
either personally, by telephone, in writing, or by messages delivered by others or otherwise.

u. ( ) You will not enter or go upon the premises of _____
nor come within a _____ radius thereof.

v. ( ) As directed by your Probation/Community Control Officer, you will perform _____ hours public service for a tax supported or tax exempt entity, with the consent and under the supervision of such entity, to wit:_____

w. ( ) You will serve _____ days in the Seminole County Jail with credit for _____ days;
( ) And shall be released upon successful completion of TASC Cell Drug Rehabilitation Program.

x. ( ) You will serve _____ weekends in the Seminole County Jail from 7:00 o'clock p.m., _____
to 5:00 o'clock p.m., _____ beginning _____.

y. ( ) Defendant is NOT authorized to participate in the Alternative Community Service Program.

z. ( ) If you are permitted to leave the jurisdiction of the Court for any reason, you must voluntarily return for any scheduled court proceedings.

aa. ( ) You will remain full-time employed unless you are a student or enrolled in a residential program.

bb. ( ) Your driving privileges are:_____

cc. ( ) You will not operate a motor vehicle while your driver's license is suspended or revoked.

dd. ( ) You will not maintain a checking account or have check writing authority on any other account.

ee. ( ) You will enroll and successfully complete the worthless check diversion program sponsored by the State Attorney's Office.

ff. ( ) You will enroll and successfully complete the worthless check diversion program sponsored by the State Attorney's Office.

Other:_____
_____
_____
_____

CRA0790.021

Page 5 of 5

H&M

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NO. _____ L90-001569CFA

BD # _____ CuaKody

REEL _____ LOOP

COURT REPORTER _____

MINUTES, JUDGMENT AND SENTENCE

STATE OF FLORIDA

VS.

RODERIC LEE BOLING

DEFENDANT

Court was opened with the Honorable _____ JUDGE NEWMAN BROCK _____ presiding, and in attendance:

State Attorney _____ ; Court Clerk _____ Ms. KLINGMAN _____

The Attorney _____ RODERIC LEE BOLING _____ ; No attorney of record and having:

Court    FORGERY                    Crime/Statute Number(s)

☒                                   831.01                    4/11/91                    Degree of Crime

( )  Been tried and found guilty of the following crime(s)

( )  Entered a plea of guilty to the following crime(s)

(x)  Entered a plea of nolo contendere to the following crime(s)

( )  REVOKED PROBATION

( )  REVOKED COMMUNITY CONTROL

( )  CONFIRMED PRIOR ADJUDICATION OF GUILT

( )  ADJUDICATED GUILTY; and for cause having been shown why the Defendant should not be adjudicated guilty,
     IT IS ORDERED THAT the Defendant is hereby, ADJUDICATED GUILTY of the above crime(s)

(x)  ADJUDICATION WITHHELD: IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD of the above crime(s)

DISTRIBUTION: White - Court File   Green - Sheriff   Yellow - State Attorney   Pink - Probation & Parole   Goldenrod - Defense Attorney
_____ Dept. of Corrections (2)                    Sentencing Guidelines Commission

Page 1 of 5

RETRIAL

RESENTENCING

PROBATION VIOLATOR

COMMUNITY CONTROL VIOLATOR

FILED IN OFFICE
MARYANNE MORSE
CLERK CIRCUIT COURT
1992 NOV -5 PM 4: 12
SEMINOLE CO. FLA.
BY _____ D.C.



FINGERPRINTS OF DEFEND_NT

DEFENDANT _____

CASE NO. _____

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by: _____
Name and Title _____    17765

I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, _____ and that they were placed thereon by said Defendant in my presence in Open Court this date.

Date: 11/5/92

_____
CIRCUIT JUDGE

CR0790.021

PAGE

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA  2-28-07

BY _____
DEPUTY CLERK

Defendant _____    Case No. _____

## ORDER OF PROBATION/COMMUNITY CONTROL

**COMMUNITY CONTROL**

( ) The Court hereby stays and witholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) Followed by a period of _____ on Probation under the supervision of the Department of Corrections according to the terms and conditions set forth in this order.

( ) The Court hereby stays and witholds the imposition of sentence as to Count(s) _____ and places the Defendant on Community Control for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) Followed by a period of _____ on Probation under the supervision of the Department of Corrections according to the terms and conditions set forth in this order.

**PROBATION:**

(✓) The Court hereby stays and witholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) The Court hereby stays and witholds the imposition of sentence as to Count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections according to the conditions set forth in this order.

( ) The Court hereby assesses a lien of $ _____ for the services of the _____ Public Defender.

( ) The Defendant is hereby ordered to pay restitution in the amount of $ _____.

( ) With same conditions set forth in previous Order—excluding any costs previously paid.

Said probation/Community Control to run concurrent/consecutive with _____

( ) The Defendant is hereby ordered to pay the following costs: $200.00 pursuant to F.S. 27.3455, $20.00 pursuant to F.S. 960.20 $3.00 and $2.00 pursuant to F.S. 943.25. (✓) The Court waived statutory costs.

( ) The Defendant imposes a fine of $ _____ plus $ _____ as the 5% surcharge required by F.S. 960.25, payable to the Clerk of the Circuit Court within _____

The Defendant was advised of his right to appeal from this judgment by filing notice of appeal with the Clerk of the Circuit Court within 30 days from the date this sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation/community control, or may extend the period of probation/community control as authorized by law, or may discharge you from further supervision and that if you violate any of the conditions of your probation/community control, you may be arrested and without a hearing your probation/community control may be revoked. You may be arrested and placed before the Court and if the Court revokes your probation/community control, adjudge you guilty of probation/community control, you may be imposed before it adjudicated you.

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this _____ day of _____ 19 ___.

_____
CIRCUIT JUDGE

_____
PROBATION/COMMUNITY CONTROL

Page ___ of ___

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA  2-27-07

BY _____
DEPUTY CLERK

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72 hours, report to the Department of Corrections, Probation and Parole Office, 101 E. First Street, 3rd Floor, Suite 300, Sanford, Florida, for further instructions.

DATE _____

CR.C0790.J21



IN THE CIRCUIT COURT
IN AND FOR SEMINOLE COUNTY, FLORIDA

( ) RETRIAL
( ) RESENTENCING
( ) PROBATION VIOLATOR
( ) COMMUNITY CONTROL VIOLATOR
( ) DRUG OFFENDER VIOLATOR

CASE NO. 90-2260-CFA

OBTS#

STATE OF FLORIDA
VS.

COURT REPORTER

Rodrick John Belisle

MINUTES, JUDGMENT, AND SENTENCE

DEFENDANT.

COURT WAS OPENED WITH THE HONORABLE _Alleen Wright_
PRESIDING; AND IN ATTENDANCE; ASSISTANT STATE ATTORNEY

COURT CLERK _S. Ellis_

BEING PERSONALLY BEFORE
THIS COURT REPRESENTED BY _Rodrick John Belisle_
AND HAVING:

( ) BEEN TRIED AND FOUND GUILTY
( ) ENTERED A PLEA OF GUILTY
( ) ENTERED A PLEA OF NOLO CONTENDERE

COUNT    CRIME(STATUTE NUMBER(S))

_Forgery_    831.01

DEGREE OF CRIME
F-3

THE DEFENDANT, HAVING BEEN SHOWN WHY DEFENDANT SHOULD
NOT BE ADJUDICATED GUILTY AND NO CAUSE HAVING
ADJUDICATED GUILTY OF THE ABOVE CRIME(S); IT IS ORDERED THAT THE DEFENDANT IS HEREBY
ADJUDICATION WITHHELD; IT IS ORDERED THAT ADJUDICATION OF GUILT BE
WITHHELD OF THE ABOVE CRIME(S);
AND PURSUANT TO SEC. 943.325, F.S. HAVING BEEN CONVICTED OF ATTEMPTS OR
OFFENSES RELATING TO SEXUAL BATTERY (CH. 794) OR LEWD OR LASCIVIOUS
CONDUCT (CH. 800) THE DEFENDANT SHALL BE REQUIRED TO SUBMIT TO BLOOD
SPECIMENS.

( ) REVOKED PROBATION/COMMUNITY CONTROL;
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT

DISTRIBUTIONS: WHITE-COURT FILE; GREEN-SHERIFF; YELLOW-STATE ATTORNEY;
PINK-PROBATION & PAROLE; GOLDENROD-DEFENSE ATTORNEY
— DEPT OF CORRECTIONS(2)

SENTENCING GUIDELINES COMMISSION

PAGE 1 OF __2__

ATTORNEY OF RECORD
CLERK CIRCUIT COURT
SEMINOLE CO. FLA
'90 DEC 23 PM 4: [illegible]
MARYANNE MORSE

STATE OF FLORIDA
VS.
DEFENDANT _Walker Willis_    CASE NO. _91-2626 CFA_ OBTS# _____

**SENTENCE**

(As to Count ____ )

IT IS THE SENTENCE OF THE LAW:

( ) The Defendant shall pay a fine of $_____ pursuant to F.S. 775.083, plus $_____ as the 5% surcharge required by F.S. 960.25.

( ) The Defendant is hereby committed to the custody of the Department of Corrections.

( ) The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( ) The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one) unmarked sections are inapplicable)

( ) for a term of Natural Life.

(✓) for a term of _Three (3) years_

( ) The SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth in this Order.

( ) Followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

( ) However, after serving a period of _____ imprisonment in Department of Corrections, the balance of such sentence shall be suspended and the Defendant placed on PROBATION/COMMUNITY CONTROL for a period of _____ under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

In the event the defendant is ordered to serve additional split sentences, all incarceration portion shall be satisfied before the defendant begins service of the supervision terms.

**SPECIAL PROVISIONS**

By appropriate notation, the following provisions apply to the sentence imposed in this section:

JAIL CREDIT
( ) It is further ordered that the Defendant shall be allowed a total of _61_ days credit for time incarcerated before imposition of this sentence.

PRISON
CREDIT
( ) It is further ordered that the Defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

CONSECUTIVE/
CONCURRENT
( ) It is further ordered that the sentence imposed for this count shall run [ ] consecutive to
AS TO OTHER [ ] concurrent with the sentence set forth in Count _____
COUNTS

PREVIOUS
CREDIT
( ) Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator and date of resentencing. The Department of Corrections shall apply original jail credit awarded and shall compute and apply credit for time served and unforfeited gain-time awarded during prior service of case number/count number _____

Page _2_ of _3_

CR/0793.021
KP

State of Florida
vs.
DEFENDANT: _Pablo Robles_                                    CASE NO. _90-1564 CFA_

It is further ordered that the composite term of all sentences imposed for the counts specified
in this order shall run [ ] consecutive to [ ] concurrent [ ] contemious
[ ] non-contemious with the following:

Consecutive/Concurrent
(as to other convictions)

( )   Any active sentence being served: _90-1591 CFA_

      Specific sentences: _____

In the event the above sentence is to the Department of Corrections, the Sheriff of Seminole County, Florida, is hereby
ordered and directed to deliver the Defendant to the Department of Corrections at the facility designated by the Department
together with a copy of this judgment and sentence and any other documents specified by Florida statute.

( )   The Defendant in Open Court was advised of his right to appeal from this sentence by filing notice of appeal
      within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance
      of counsel in taking said appeal at the expense of the State upon showing of indigency.

( )   Court appointed the Public Defender for appeal purposes.

In imposing the above sentence, the Court further recommends _____

( )   Restitution not ordered.

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this 22 day of Dec., 19__

                                                            _____
                                                            JUDGE

INSTRUCTED BY: _____

DATE: _____                              PROBATION/COMMUNITY CONTROLEE

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72
hours, report to the Department of Corrections, Probation & Parole Office, for further instructions.

Page _3_ of _3_

CR10793.021
KP

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY _____  3-27-07
                              DEPUTY CLERK

IN THE CIRCUIT ..URT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

STATE OF FLORIDA                           CASE NO. _____ 92-1511-CFA
VS.                                        OBTS# _____
DEFENDANT _Bradley Jon Belcher__           COURT REPORTER _____ M. Bieberich

___ RETRIAL
___ RESENTENCING
___ PROBATION VIOLATOR                      MINUTES, JUDGMENT, AND SENTENCE
___ COMMUNITY CONTROL VIOLATOR
___ DRUG OFFENDER VIOLATOR

COURT WAS OPENED WITH THE HONORABLE _C. Vernon Mize, Jr.__
PRESIDING, AND IN ATTENDANCE: ASSISTANT STATE ATTORNEY _J. Preston B__
COURT CLERK _C. Bugler__

THE DEFENDANT, _Bradley Jon Belcher__, BEING PERSONALLY BEFORE
THIS COURT REPRESENTED BY _J. Adams__ , ATTORNEY OF RECORD
AND HAVING:

( ) BEEN TRIED AND FOUND GUILTY
( ) ENTERED A PLEA OF GUILTY
( ) ENTERED A PLEA OF NOLO CONTENDERE

COUNT     CRIME/STATUTE NUMBER(S)                          DEGREE OF CRIME

I         Lettering Felony            831.02     F-3
II        Grand Theft                 812.014(2)(c)1   F-3
III       Uttering Forgery            831.02     F-3
IV        Uttering Forgery            831.02     F-3

( ) REVOKED PROBATION/COMMUNITY CONTROL
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT
( ) ADJUDICATED GUILTY; AND NO CAUSE HAVING BEEN SHOWN WHY DEFENDANT SHOULD
      NOT BE ADJUDICATED GUILTY, IT IS ORDERED THAT THE DEFENDANT IS HEREBY
      ADJUDICATED GUILTY OF THE ABOVE CRIME(S).
( ) ADJUDICATION WITHHELD: IT IS ORDERED THAT ADJUDICATION OF GUILT BE
      WITHHELD OF THE ABOVE CRIME(S).
( ) AND PURSUANT TO SEC. 943.325, F.S. HAVING BEEN CONVICTED OF ATTEMPTS OR
      OFFENSES RELATING TO SEXUAL BATTERY (CH. 794) OR LEWD OR LASCIVIOUS
      CONDUCT (CH. 800) THE DEFENDANT SHALL BE REQUIRED TO SUBMIT TO BLOOD
      SPECIMENS.

DISTRIBUTION: WHITE-COURT FILE; GREEN-SHERIFF; YELLOW-STATE ATTORNEY;
              PINK-PROBATION & PAROLE; GOLDENROD-DEFENSE ATTORNEY;
              ___ DEPT OF CORRECTIONS(2)  ___ SENTENCING GUIDELINES COMMISSION

PAGE 1 OF ___

State of FLORIDA
vs.
DEFENDANT _Robert Stein_  CASE NO. _CR-95711(A)(B)_  OBTS# _____

SENTENCE
(As to Count _I_ )

IT IS THE SENTENCE OF THE LAW:

( )  The Defendant shall pay a fine of $_____, pursuant to F.S. 775.083, plus $_____ as the 5%
     surcharge required by F.S. 960.25.

(X)  The Defendant is hereby committed to the custody of the Department of Corrections.

( )  The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( )  The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check only unmarked sections are inapplicable)

( )  For a term of Natural Life.

( )  For a term of _Three (5) Years_

( )  The SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth in this
     Order.

( )  followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of
     the Department of Corrections according to the terms and conditions of Probation/Community Control set forth
     in this Order.

( )  However, after serving a period of _____ imprisonment in Department of Corrections, the
     balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY CONTROL
     for a period of _____ under the supervision of the Department of Corrections according to
     the terms and conditions of Probation/Community Control set forth in this Order.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before
the defendant begins the service of the supervision terms.

SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

JAIL CREDIT

( )  It is further ordered that the Defendant shall be allowed a total of _5 years_
     credit for time incarcerated before imposition of this sentence.

PRISON
CREDIT

( )  It is further ordered that the Defendant be allowed credit for all time previously served on this
     count in the Department of Corrections prior to resentencing.

CONSECUTIVE/
CONCURRENT
AS TO OTHER
COUNTS

( )  It ( ) concurrent with the sentence imposed for this count shall run ( ) consecutive to
     the sentence set forth in Count _____

PREVIOUS
CREDIT

( )  Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator
     and date of this sentence. The Department of Corrections shall apply original jail credit awarded and
     shall compute and apply credit for time served and unforfeited gain-time awarded during prior service
     of the number/count number.

Page _2_ of _6_

CRJOPTS.023
KP

STATE OF FLORIDA
vs.
DEFENDANT _Wallace Vandergrift_ CASE NO. _90-1577/CF19_ OBTS: _____

SENTENCE
(As to Count _II_ )

**IT IS THE SENTENCE OF THE LAW:**

( ) The Defendant shall pay a fine of $ _____, pursuant to F.S. 775.083, plus $ _____ as the 5%
    surcharge required by F.S. 960.25.

( ) The Defendant is hereby committed to the custody of the Department of Corrections.

( ) The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( ) The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

**TO BE IMPRISONED** (check one; unmarked sections are inapplicable):

( ) for a term of Natural Life.

(✓) for a term of _full life_ (_55 years_)

( ) The SENTENCE is SUSPENDED for a period of _____

( ) Followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of
    the Department of Corrections according to the terms and conditions of Probation/Community Control set forth
    in this Order.

( ) However, after serving a period of _____ imprisonment in Department of Corrections, the
    balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY CONTROL,
    for a period of _____ under the supervision of the Department of Corrections PROBATION/COMMUNITY CONTROL
    the terms and conditions of Probation/Community Control set forth in this Order.

( ) In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before
    the defendant begins service of the supervision terms.

**SPECIAL PROVISIONS**

By appropriate notation, the following provisions apply to the sentence imposed in this section:

**JAIL CREDIT**

(✓) It is further ordered that the Defendant shall be allowed a total of _5 years_ days
    credit for time incarcerated before imposition of this sentence.

**PRISON CREDIT**

( ) It is further ordered that the Defendant be allowed credit for all time previously served on this
    count in the Department of Corrections prior to resentencing.

**CONSECUTIVE/ CONCURRENT**

(✓) It is further ordered that the sentence imposed for this count shall run ( ) concurrent to
    ( ) consecutive with the sentence set forth in Count _III_ _55 years_ consecutive to

**OTHER COUNTS**

**PREVIOUS CREDIT**

( ) Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator
    and date of resentencing. The Department of Corrections shall apply original jail credit awarded and
    shall compute and apply credit for time served and unforfeited gain-time awarded and unforfeited gain-time awarded during prior service
    of case number/court number _____

CR/0793.021
KP

Page _31_ of _42_

STATE OF FLORIDA
VS.
DEFENDANT: _____    CASE NO. 96-_____ OBTS #

SENTENCE
(As to Count III)

IT IS THE SENTENCE OF THE LAW:

( )   The Defendant shall pay a fine of $ _____, pursuant to F.S. 775.083, plus $ _____ as the 5% surcharge required by F.S. 960.25.

( )   The Defendant is hereby committed to the custody of the Department of Corrections.

( )   The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( )   The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one) unmarked sections are inapplicable)

( )   for a term of Natural Life.

( )   for a term of _____

( )   The SENTENCE IS SUSPENDED for a period of _____ Order.

( )   Followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

( )   However, after serving a period of _____ imprisonment in Department of Corrections, the balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY Control under the supervision of the Department of Corrections, the terms and conditions of Probation/Community Control set forth in this Order.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

JAIL CREDIT

( )   It is further ordered that the Defendant shall be allowed a total of _____ days credit for time incarcerated before imposition of this sentence.

CONSECUTIVE/CONCURRENT AS TO OTHER COUNTS

( )   It is further ordered that the sentence imposed for this count shall run ( ) consecutive to ( ) concurrent with the sentence set forth in Count _____.

PRISON CREDIT

( )   It is further ordered that the Defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

PREVIOUS CREDIT

( )   Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator and the date of resentencing. The Department of Corrections shall apply original jail credit awarded and shall compute and apply credit for time served and unforfeited gain-time awarded during prior service of case number/count number _____.

CR/0793.021
XM

Page ___ of ___

State of Florida

vs.

DEFENDANT _____ CASE NO. _____ OBTS#

SENTENCE

(As to Count _____ )

IT IS THE SENTENCE OF THE LAW:

( )   The defendant shall pay a fine of $ _____ pursuant to F.S. 775.083, plus $ _____ as the 5%
      surcharge required by F.S. 960.25.

( )   The defendant is hereby committed to the custody of the Department of Corrections.

( )   The defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( )   The defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check only unmarked sections are inapplicable)

( )   For a term of natural life.

( )   For a term of _____ ____ (5) years

( )   The sentence is suspended for a period of _____ subject to conditions set forth in this
      Order.

( )   Followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of
      the Department of Corrections according to the terms and conditions of Probation/Community Control set forth
      in this Order.

( )   However, after serving a period of _____ imprisonment in Department of Corrections, the
      balance of such sentence shall be suspended and the defendant shall be placed on PROBATION/COMMUNITY CONTROL
      for a period of _____ under the supervision of the Department of Corrections according to
      the terms and conditions of Probation/Community Control set forth in this Order.

      In the event the defendant is ordered to serve additional split sentence, all incarceration portions shall be satisfied before
      the defendant begins service of the supervision terms.

SPECIAL PROVISIONS

By appropriate notation the following provisions apply to the sentence imposed in this section

JAIL CREDIT   ( )   It is further ordered that the defendant shall be allowed a total of _____
                    credit for time incarcerated before imposition of this sentence.

PRISON        ( )   It is further ordered that the defendant be allowed credit for all time previously served on this
CREDIT              count in the Department of Corrections prior to resentencing.

CONSECUTIVE/  ( )   It is further ordered that the sentence imposed for this count shall run ( ) consecutive to
CONCURRENT     ( )   concurrent with the sentence set forth in Count _____
COUNTS

PREVIOUS      ( )   Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator
CREDIT              and date of resentencing. The Department of Corrections shall apply original jail credit awarded and
                    shall compute and apply credit for time served and unforfeited gain-time awarded during prior service
                    of case number/count number _____

Page 5 of 6

CRJ0795.021
KP

State of Florida
vs.
DEFENDANT: _____    CASE NO. D-1-57/04

It is further ordered that the composite term of sentences imposed for the counts specified in this order shall run ( ) consecutive to _____ ( ) concurrent
Consecutive/Concurrent    ( ) non-consecutive with the following:
(as to other convictions)

( )    _____ active sentence being served.

Specific sentences: _____

In the event the above sentence is to the Department of Corrections, the Sheriff of Seminole County, Florida, is hereby ordered and directed to deliver the Defendant to the Department of Corrections at the facility designated by the Department together with a copy of this Judgment and sentence and any other documents specified by Florida Statutes.

( )    The Defendant in Open Court was advised of his right to appeal from this sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

( )    Court appointed the Public Defender for appeal purposes.

In imposing the above sentence, the Court further recommends _____

( ) Restitution not ordered.

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this 23 day of ___ 20__

_____

PROBATION/COMMUNITY CONTROLLEE

INSTRUCTED BY: _____

DATE: _____

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72 hours, report to the Department of Corrections, Probation & Parole Office, for further instructions.

CAD793.021
KP

Page __ of __

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY _____    2-27-07

DEPUTY CLERK

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA

| | |
|---|---|
| ( ) RETRIAL | CASE NO. L90-001571CFA |
| ( ) RESENTENCING | REEL 801 |
| ( ) PROBATION VIOLATOR | LOOP Checked |
| ( ) COMMUNITY CONTROL VIOLATOR | COURT REPORTER C. Clickard |

MINUTES, JUDGMENT AND SENTENCE

STATE OF FLORIDA
VS.                                         SEMINOLE CO. FLA., D.C.

RODERIC  LEE    BOLING
DEFENDANT

FILED IN OFFICE
MARYANNE MORSE
CLERK CIRCUIT COURT
'90 NOV -5 PM 4: 13

JUDGE NEWMAN BROCK        , presiding, and in attendance:

Court was opened with the Honorable _____ presiding, and in attendance: Assistant
State Attorney, Mr. Wolfe / Mr. Klingman Court Clerk        M. KLINGMAN

The Defendant, _____RODERIC LEE BOLING_____ , being personally before this Court represented by
_____/s/_____ , the attorney of record and having:

( ) Been tried and found guilty of the following crime(s)
( ) Entered a plea of guilty to the following crime(s)
(X) Entered a plea of nolo contendere to the following crime(s)

| Count | Crime/Statute Number(s) | | Degree of Crime |
|---|---|---|---|
| 01 | UTTERING FORGERY | 831.02 | F 3 |
| 02 | GRAND THEFT | 812.014(1) 812.014121C(1) | F 3 |
| 03 | UTTERING FORGERY | 831.02 | F 3 |
| 04 | UTTERING FORGERY | 831.02 | F 3 |

4/11/91

( ) REVOKED PROBATION
( ) REVOKED COMMUNITY CONTROL
( ) ADJUDICATED PRIOR ADJUDICATION OF GUILT
( ) CONFIRMED PRIOR ADJUDICATION OF GUILT
( ) ADJUDICATED GUILTY; and no cause having been shown why the Defendant should not be adjudicated guilty,
    IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).
( ) ADJUDICATION WITHHELD. IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD of the above crime(s).

DISTRIBUTION: White - Court File • Green - Sheriff • Yellow - State Attorney • Pink - Probation & Parole • Goldenrod - Defense Attorney
_____ Dept. of Corrections (2)    _____ Sentencing Guidelines Commission

Page 1 of 5



DEFENDANT Kenneth Bailey

CASE NO. YC-13-11-0444

# FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by:

Name and Title   17-163

I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, that they were placed thereon by said Defendant in my presence in Open Court this date.

Date: 11/5/92

CIRCUIT JUDGE

C8507P0.021

PAGE 1 of

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY _____ DEPUTY CLERK

TD

Defendant _Andrew J. Bolles_    Case No. _40-1571-CFA_

## ORDER OF PROBATION/COMMUNITY CONTROL

**COMMUNITY CONTROL:**

( )  The Court hereby stays an withholds the imposition of sentence as to Count(s)
and places the Defendant on Community Control for a period of _____ under the
supervision of the Department of Corrections according to the conditions set forth in this order.

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s)
and places the Defendant on Community Control for a period of _____ under the
supervision of the Department of Corrections according to the conditions set forth in this order.

( )  Followed by a period of _____ on Probation under the supervision of the Department
of Corrections according to the conditions set forth in this order.

( )  The Court hereby stays and withholds the imposition of sentence as to Count(s)
and places the Defendant on Community Control for a period of _____ under the
supervision of the Department of Corrections according to the conditions set forth in this order.

( )  Followed by a period of _____ on Probation under the supervision of the Department
of Corrections according to the conditions set forth in this order.

**PROBATION:**

(X)  The Court hereby stays and withholds the imposition of sentence as to Count(s) _I, II, III & IV_
and places the Defendant on probation for a period of _____ under the supervision of the
Department of Corrections according to the conditions set forth in this order.

( )  With same conditions set forth in previous Order excluding any costs previously paid.

said Probation/Community Control to run _concurrent/consecutive_ with _____
_____

( )  The Defendant is hereby ordered to pay the following costs: $200.00 pursuant to F.S. 27.3455, $20.00 pursuant
to F.S. 960.20, $3.00 and $2.00 pursuant to F.S. 943.25.

( )  The Defendant is hereby ordered to pay a fine of $ _____ plus $ _____ as the 5% surcharge required by F.S. 960.25,
payable to the Clerk of the Circuit Court within _____

( )  The Court hereby imposes a fine of $ _____ plus $ _____ as the 5% surcharge required by F.S. 960.25,
payable to the Clerk of the Circuit Court within _____

( )  The Court hereby assessed a lien of $ _____ for the services of the _____ Public Defender.

( )  The Defendant is hereby ordered to pay restitution in the amount of $ _____ to _____

( )  The Court appointed the Public Defender for appeal purposes.

You are hereby placed on notice that the Court may rescind or modify any of the conditions of your
probation/community control or may extend the period of probation/community control as authorized by law or may discharge you
from further supervision. If you violate any of the conditions of your probation/community control, you may be arrested
and later probation you an opportunity to be hard, the Court may revoke your probation/community control, adjudge you guilty,
and impose any sentence which it may have imposed before placing you on probation/community control.

You are advised of his right to appeal from this judgment by filing notice of appeal with the Clerk of the Circuit
Court within 30 days following the date sentence is imposed or probation/community control is ordered pursuant to this adjudication. The Defendant
was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of
indigency.

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72
hours, report to the Department of Corrections, Probation and Parole Office, 101 E. First Street, 3rd floor, Suite 300, Sanford,
Florida, for further instructions.

DATE _____

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this _5_ day of _November_, 19_92_.

_____
CIRCUIT JUDGE

Page _2_ of _2_

_____
PROBATION/COMMUNITY CONTROLEE

CKC8790.021                                                                                                  MGN

CERTIFIED COPY - MARYANNE MORSE
CLERK OF THE CIRCUIT COURT
SEMINOLE COUNTY, FLORIDA

BY _____

DATED 2-27-07

_____
DEPUTY CLERK

Defendant _Robert Lee Bell_ ⟶ Case Number _CR 92-3990_ OBTS Number _503/06.5_

## SENTENCE

(As to Count _D.C._)

The defendant, being personally before this court, accompanied by the defendant's attorney of record,

_Wm Gibbs_, and having been adjudicated guilty herein, and the court having given the defendant

an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should

not be sentenced as provided by law, and no cause being shown,

(Check one if applicable.)

____ and the Court having on _____ (date) _____ deferred imposition of sentence until this date.

____ and the Court having previously entered a judgment in this case on _____ (date) _____ now resentences

the defendant.

✗ and the Court having ⟨placed⟩ the defendant on ⟨Probation⟩/community control and having subsequently revoked

the defendant's ⟨probation⟩/community control.

**IT IS THE SENTENCE OF THE COURT THAT:**

____ The defendant pay a fine of $ _____, pursuant to section 775.083, Florida Statutes, plus $

____ as the 5% surcharge required by section 960.25, Florida Statutes.

✗ The defendant is hereby committed to the custody of the Department of Corrections.

____ The defendant is hereby committed to the custody of the Sheriff of _____ Orange _____ County, Florida.

____ The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**TO BE IMPRISONED (CHECK ONE; UNMARKED SECTIONS ARE INAPPLICABLE.):**

____ For a term of natural life.

✗ For a term of _3 1/2 years_ .

____ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in

this order.

**If "split" sentence, complete the appropriate paragraph.**

____ Followed by a period of _____ on probation/community control under the supervision of the
Department of Corrections according to the terms and conditions of supervision set forth in a separate order
entered herein.

____ However, after serving a period of _____ imprisonment in _____, the
balance of the sentence shall be suspended and the defendant shall be placed on probation/community
control for a period of _____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth in a separate order entered
herein.

**In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be
satisfied before the defendant begins service of the supervision terms.**

It is further ordered that the sentence imposed for this count shall run _____ Consecutive to
____ Concurrent with (check one) the sentence set forth in count _____ above.

CONSECUTIVE/
CONCURRENT

**FILED IN OPEN COURT**

THIS _17_ DAY OF _March_, 19_94_

_Fran Carlton_ Clerk

BY _[signature]_ D.C.

Defendant  _Nadine Lee Zeling_    Case Number  _CR 92-0390_

# SPECIAL PROVISIONS

(As to Count _One_ )

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

**Firearm**
___ It is further ordered that the provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Firearm**
**(Police Officer Weapon)**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 775.0875, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**
___ It is further ordered that the _____ mandatory minimum imprisonment sentence specified in this count.

**Controlled Substance Within 1,000 Feet of School**
___ It is further ordered that the provisions of section 893.135(1)(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Felony Offender**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Violent Felony Offender**
___ The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Law Enforcement Protection Act**
___ The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

**Capital Offense**
___ It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.082, Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**
___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Continuing Criminal Enterprise**
___ It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

## Other Provisions:

**Retention of Jurisdiction**
___ The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**
✗ It is further ordered that the defendant shall be allowed a total of _219_ days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**
___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

Defendant _Roslie Lee Belue_   Case Number _CR 90-8990_

**Other Provisions, continued:**

**Consecutive/Concurrent
As To Other Counts**

_____ It is further ordered that the sentence imposed for this count shall run
(check one) _____ consecutive to _____ concurrent
with the sentence set forth in count _____ of this case.

**Consecutive/Concurrent
As To Other Convictions**

_____ It is further ordered that the composite term of all sentences imposed for
the counts specified in this order shall run
(check one) _____ consecutive to __✓__ concurrent
with the following:
(check one)

_____ any active sentence being served.

__✓__ specific sentences: _CFA 90-1571 & CFA 90-7569_

_____ In imposing the above sentence, the court further recommends_____

The defendant in open court was advised of the right to appeal from this sentence by filing notice of
appeal within 30 days from this date with the clerk of this court and the defendant's right to the assistance
of counsel in taking the appeal at the expense of the State on showing of indigency.

_____ In the event the above sentence is to the Department of Corrections, the Sheriff of _ORANGE_
County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at
the facility designated by the department together with a copy of this judgment and sentence and any other
documents specified by Florida Statute.

DONE AND ORDERED in open court at _ORANGE_ County, Florida,
this _17_ day of _March_ 19_94_.

_____
Judge

STATE OF FLORIDA
ORANGE COUNTY

I HEREBY CERTIFY
that the above ...
... the original filed in this office
... LYDIA GARDNER, Clerk Circuit Court

Dated _3-20_                                   D.C.

32-60 (7/92)

COURT MINUTES    ☒ ORDER (PLEA/SENTENCING/RELEASE)

STATE OF FLORIDA

vs

CHARGED WITH: Ruddie Lee Parker
1) UTT. forgery
2) Petit theft

IN THE CIRCUIT COURT IN AND FOR ORANGE
COUNTY, FLORIDA

CASE CR92-3990

DIVISION 15

COURT OPENED AT 8:30A 10.1.92    HONORABLE _____ JUDGE

ASSISTANT PUBLIC DEFENDER _____    ASSISTANT STATE ATTORNEY _____

COURT REPORTER W. Gunderson    COURT DEPUTY _____

This case came on this date for _____ Plea ☒ Sentencing ☐ Trial ☐ Pre-Trial.

The Defendant was _____ present, _____ not present, ☒ present with Counsel: B.R. Kinnane

Plea of not guilty withdrawn. _____ Defendant t'fied and found guilty of: _____ Defendant sworn and pled _____ Guilty to:

_____ Nolo contendere to: _____

SENTENCING:

Defendant reserves right to appeal _____ Adjudication of Guilt withheld, finding of guilt entered.

Defendant adjudged guilty. _____ $5.00 C.C. _____ $50.00 C.C.F. _____ $200.00 C.J.T.F. or _____ $60.00 C.J.T.F. (27.3455)

P.S.I. ORDERED. It is hereby Ordered that the Department of Corrections submit P.S.I. or a scoresheet of
Defendant and deliver a written report of same to the undersigned Judge within two working days before
sentencing. STATUS _____

Sentencing set for _____, 19 _____, at _____.M. Courtroom _____

P.S.I. Bond set at _____    _____ P.D.R. ORDERED. _____ P.S.I. waived.

SENTENCING:

Adjudication of guilt was withheld, a finding of guilt entered.

Defendant adjudged guilty. ☒ $3.00 C.C. ☒ $30.00 C.C.F. ☒ $200.00 C.J.T.F. (27.3455)or _____ $50.00 C.J.T.F.

RELEASE – Defendant IS Ordered released from custody as to this case only.

STATE OPEN FLORIDA, ORANGE COUNTY
the above and foregoing is a true copy of the original filed in this office
HEREBY CERTIFY
LYDIA GARDNER, Clerk Circuit Court

Printed 2.21.07  By: _____

FILED IN OPEN COURT THIS _____ DAY OF OCT 19 92.

FRAN CARLTON, Clerk of the Circuit/County Courts.

By: _____

DEPUTY CLERK in attendance.

COURT RECESSED at 10:10 Am 10.2.92

32-60(B) (7-92)

OCT _____, 1992.
_____ CIRCUIT JUDGE

Distribution:
☒ Surety/Cash Bond
☒ Defendant
☒ Probation/Parole
☐ Court Deputy
☐ S.O. on

IN THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

COURT OF THE

FILED IN OPEN COURT
THIS ___ DAY OF OCT. , 199_
Fran Carlton, Clerk
BY: _____ D.C.

CASE NO. CR 92 - 3990

DIVISION _____

STATE OF FLORIDA

vs.

_____

THE STATE OF FLORIDA enters a Nolle Prosequi in the
above-entitled action as to _____

**NOLLE PROSEQUI**

I do certify that a copy hereof has been furnished to

by (delivery)(mail) this 21 day of Oct , 199 2

LAWSON LAMAR
State Attorney

By: _____
Print Name: Carolyn Van Zant
Florida Bar No. 46680
Assistant State Attorney
Post Office Box 1673
Orlando, Florida 32802-1673
Telephone: (407)836-2400

_____ Exculpatory info. received
_____ Formerly placed in jeopardy
_____ Case to be refiled
_____ Key evidence suppressed
_____ Unable to locate key witness
_____ Key witness problems--civilian
_____ Key witness problems--LEO
_____ Pled to another case or count
_____ Other

cc:　State Attorney
　　　Counsel for Defendant

29-141 (6/91)

STATE OF FLORIDA, COUNTY OF ORANGE
I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office
_____, Clerk Circuit Court
BY _____ D.C.
Dated 3-20-00

32-34 (8/92)

In the Ci__ __it Court, ___ Ninth ___ Judi___ Circuit,

in and for ___ Orange ___ County, Florida

Division ___ 15 ___

Case Number Q2-92-3990

_____ Probation Violator

_____ Community Control Violator

_____ Retrial

_____ Resentence

State of Florida

v.

Bodric Lee Bolin
Defendant

FILED IN OPEN COURT
THIS 10 DAY OF Sept, 1993
Fran Carlton, Clerk
By J. Bechtold D.C.

# J U D G M E N T

The defendant, Bodric Lee Bolin, being personally before this court

represented by B. Kriner, the attorney of record, and the state

represented by Vigant, and having

_____ been tried and found guilty by jury/ by court of the following crime(s)

✓ entered a plea of guilty to the following crime(s)

✓ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | OBTS Number |
|---|---|---|---|---|
| one | Attempted forcery | 831.02-63 | 503.1065 | |
| two | Petite theft | 812.014 | M2 | |
| | | 2D | | OR4462 PG3161 |

4217875 ORANGE CO. FL.
09/18/92    11:36:11am

✗ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED that the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

_____ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to sexual battery (ch.794) or lewd and lascivious conduct (ch.800) the defendant shall be required to submit blood specimens.

_____ and good cause being shown;    IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

State of Florida
v.
Defendant

Rodrick Lee Belton

Case Number CR92-3990

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

Fingerprints taken by: _____

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the
defendant, _Rodrick Lee Belton_, and that they were placed thereon by the defendant
in my presence in open court this date.

DONE AND ORDERED in open court in _____ ORANGE _____ County, Florida,

this _____ day of _____ 19__.

_____
Name

_____
Judge

_____
Title

32-37  (7/92)

Page 2 of 2

STATE OF FLORIDA, COUNTY OF ORANGE
I HEREBY CERTIFY
that the above and foregoing is a true copy
of the original filed in this office.
Dated _____

LYDIA GARDNER, Clerk Circuit Court
By _____ D.C.

OR4462 PG3162

RECORDED & RECORD VERIFIED
Martha Haynie
County Comptroller, Orange Co. FL

Page 2 of 2

Probation Violator

Community Control Violator

Retrial

Resentence

In the Circuit Court, Ninth Judicial Circuit,

in and for _____ Orange _____ County, Florida

Division ___ 15 ___

Case Number ___ CR 92-11646 ___

State of Florida

v.

Defendant ___ Roderic Boling ___

J U D G M E N T

FILED IN OPEN COURT
THIS ___ DAY OF ___ A.D. ___ 93
Fran Carlton, Clerk
By _____ D.C.

The defendant, ___ Roderic Boling ___, being personally before this court

represented by ___ B. Kinane ___, the attorney of record, and the state

represented by ___ C. Fox Kart ___, and having

___ been tried and found guilty by jury/ by court of the following crime(s)

___ entered a plea of guilty to the following crime(s)

___ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | OBTS Number |
|---|---|---|---|---|
| 1 | Uttering Forgery | 831.02 | F3 | 5517754 |

4429262 ORANGE CO., FL.
04/13/93  08:28:40am

OR4 5148 PG3327

and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED that the
defendant is hereby ADJUDICATED GUILTY of the above crime(s).

___ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating
to sexual battery (ch.794) or lewd and lascivious conduct (ch.800) the defendant shall be required to sub-
mit blood specimens.

___ and good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

32-34 (8/92)

Page 1 of 2

State of Florida

v.

_Roderic Boling_

Defendant

Case Number _CR92-11646_

# FINGERPRINTS OF DEFENDANT



| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
| Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

Fingerprints taken by: _____

Name

Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant, _Roderic Boling_ and that they were placed thereon by the defendant in my presence in open court this date.

DONE AND ORDERED in open court in _____

this _2_ day of _April_ 19 _73_

ORANGE _____ County, Florida,

_____
Judge

32-37 (7/92)

Page 2 of 2

OR4548 PG3328

CR92-11646 *No action taken- prev filed* (handwritten)

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

STATE OF FLORIDA

vs.                                    CASE NO. CR92-11646

RODERIC BOLING                         DIVISION _____15_____

THE STATE OF FLORIDA enters a Nolle Prosequi in the

above-entitled action as to _CT.2 = PETIT THEFT_

**NOLLE PROSEQUI**

I do certify that a copy hereof has been furnished to

PUBLIC DEFENDER, 1 N. ORANGE AVE. SUITE 500, ORLANDO, FL 32801

by (delivery) (mail) this ___2___ day of ___April___ , 199_3_.

LAWSON LAMAR
State Attorney

By: _____ (signature)

Print Name: __CAROLYN VAN ZANT__

Florida Bar No. __402620__

Assistant State Attorney

Post Office Box 1673

Orlando, Florida  32802-1673

Telephone:  (407)836-2400

| | |
|---|---|
| _____ | Exculpatory info. received |
| _____ | Formerly placed in jeopardy |
| _____ | Case to be refiled |
| _____ | Key evidence suppressed |
| _____ | Unable to locate key witness |
| _____ | Key witness problems--civilian |
| _____ | Key witness problems--LEO |
| _41_ | Pled to another case or count |
| _____ | Other |

cc:    State Attorney
       Counsel for Defendant

29-141 (6/91)

STATE OF FLORIDA, COUNTY OF ORANGE
I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office

Dated 3-2-98(?)

LYDIA GARDNER, Clerk Circuit Court
By _____ D.C.

(seal: CLERK OF CIRCUIT COURT ★ ORANGE COUNTY ★ FLORIDA)

FILED IN OFFICE
CRIMINAL DIVISION
93 AUG 27 PM 3:45
FRAN CARLTON
CLERK OF CIRCUIT COURT
ORANGE COUNTY, FL

Defendant _Josephie Bol.  y_  Case Number _CR92-11654_    BTS Number _551775-4_

## SENTENCE

### (As to Count _One_ )

_Um. Gulon_

The defendant, being personally before this court, accompanied by the defendant's attorney of record, _____, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

(Check one if applicable.)

___ and the Court having on _____ (date) _____ deferred imposition of sentence until this date.

## IT IS THE SENTENCE OF THE COURT THAT:

___ The defendant pay a fine of $ _____, pursuant to section 775.083, Florida Statutes, plus $ _____ as the 5% surcharge required by section 960.25, Florida Statutes.

___ The defendant is hereby committed to the custody of the Department of Corrections.

___ The defendant is hereby committed to the custody of the Sheriff of _____ County, Florida.

___ The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

___ and the Court having previously entered a judgment in this case on _____ (date) _____ now resentences the defendant.

___ and the Court having placed the defendant on _probation/community_ control and having subsequently revoked the defendant's _probation/community_ control.

## TO BE IMPRISONED (CHECK ONE; UNMARKED SECTIONS ARE INAPPLICABLE.):

___ For a term of natural life.

_X_ For a term of _3 1/2 years_

___ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

## If "split" sentence, complete the appropriate paragraph.

___ Followed by a period of _____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

___ However, after serving a period of _____ imprisonment in _____, the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

**In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.**

___ It is further ordered that the sentence imposed for this count shall run _____ Consecutive to _____ Concurrent with (check one) the sentence set forth in count _____ above.

FILED IN OPEN COURT
THIS _17_ DAY OF _March_, 19 _94_
_Fran Carlton_, Clerk
BY _____ D.C.

CONSECUTIVE/
CONCURRENT

32-33 (7-92)

Page _1_ of _3_

Defendant _Anthonie Ball, J._    Case Number CR. 2-1164CC

## SPECIAL PROVISIONS

(As to Count _One_ )

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

**Firearm**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Firearm**
**(Police Officer Weapon)**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 775.0875, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**
___ It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Felony Offender**
___ The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Habitual Violent**
**Felony Offender**
___ The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

**Law Enforcement**
**Protection Act**
___ It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**
___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle,**
**Shotgun, Machine Gun**
___ It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing**
**Criminal Enterprise**
___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

## Other Provisions:

**Retention of Jurisdiction:**
___ The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**
✓ It is further ordered that the defendant shall be allowed a total of _219_ days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**
___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

32-30    (7-92)

Page _2_ of _3_

Defendant _Yodric Bolis_    Case Number _CR 92-116-06_

**Other Provisions, continued:**

**Consecutive/Concurrent
As To Other Counts**

_____ It is further ordered that the sentence imposed for this count shall run
(check one) _____ consecutive to _____ concurrent
with the sentence set forth in count _____ of this case.

**Consecutive/Concurrent
As To Other Convictions**

_✓_ It is further ordered that the composite term of all sentences imposed for
the counts specified in this order shall run
(check one) _____ consecutive to _____
with the following: _✓_ concurrent
(check one)

_____ Specific sentences: _CC92-3990 , CFA 90-1571_
_9t CFA 90-1549_

_____ any active sentence being served.

In imposing the above sentence, the court further recommends _____

The defendant in open court was advised of the right to appeal from this sentence by filing notice of
appeal within 30 days from this date with the Clerk of this court and the defendant's right to the assistance
of counsel in taking the appeal at the expense of the State on showing of indigency.

In the event the above sentence is to the Department of Corrections, the Sheriff of _ORANGE_
County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at
the facility designated by the department together with a copy of this Judgment and sentence and any other
documents specified by Florida Statute.

DONE AND ORDERED in open court at _ORANGE_ County, Florida,
this _17_ day of _March_ 19 _94_.

_(signature)_
Judge

I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office

LYDIA GARDNER, Clerk Circuit Court
_(signature)_ D.C.

Dated _3, 2006_

STATE OF FLORIDA, COUNTY OF ORANGE

32-40 (7/92)

In the Circuit (          ,          2ND          Judicial Circuit,

in and for          LEON          County, Florida

Division          FELONY

Case Number          93-1573AF

State of Florida

v.

RODERIC L. BOLING

Defendant

____ Probation Violator
____ Community Control Violator
____ Retrial
____ Resentence

## JUDGMENT

The defendant,          RODERIC L. BOLING          being personally before this court

represented by          C. MCLEOD          the attorney of record, and the state

represented by          P. VILLENEUVE          and having

____ been tried and found guilty by jury/by court of the following crime(s)

____ entered a plea of guilty to the following crime(s)

____ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|---|---|---|---|---|---|
| 5 | FAILURE TO APPEAR | 843.15(1A) | FEL. 3 | 93-1573AF | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

____ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

____ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to sexual battery (ch. 794) or lewd and lascivious conduct (ch. 800) the defendant shall be required to submit blood specimens.

____ and good cause being shown, IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

State of Florida
v.

Defendant

RODERIC L. BOLING

Case Number _____ 93-1573AF



FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

Fingerprints taken by: _Matthew Bradlaw_
Name

_Bailey Sheriff_
Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the
defendant, RODERIC L. BOLING
and that they were placed thereon by the defendant
in my presence in open court this date.

DONE AND ORDERED in open court in LEON
this ___ day of _March_ 19 95 County, Florida,

_____
Judge

Page 2 of 2

A Certified Copy
Attest

**Bob Inzer**
Clerk Circuit Court
Leon County, Florida

By: _____
D.C.

80

Defendant   RODERIC L. BOLING          Case Number   93-1573AF          OT     Number _____

## SENTENCE

(As to Count ___5___)

The defendant, being personally before this court, accompanied by the defendant's attorney of record,

C. MCLEOD

_____ and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown

(Check one if applicable.)

_____ and the Court having on _____ deferred imposition of sentence until this date
                                    (date)

_____ and the Court having previously entered a judgment in this case on _____ now resentences
        the defendant                                                        (date)

_____ and the Court having placed the defendant on probation/community control and having subsequently revoked
        the defendant's probation/community control.

## Is The Sentence Of The Court that:

_____ The defendant pay a fine of $_____ pursuant to section 775.083, Florida Statutes, plus $_____
        as the 5% surcharge required by section 960.25, Florida Statutes.

_____ The defendant is hereby committed to the custody of the Department of Corrections.

_____ The defendant is hereby committed to the custody of the Sheriff of _____ County, Florida.

_____ The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

## To Be Imprisoned (Check one; unmarked sections are inapplicable.):

_____ For a term of natural life.

_____ For a term of _3 years + 238 days_

_____ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in
        this order.

"split" sentence, complete the appropriate paragraph.

_____ Followed by a period of _____ on probation/community control under the supervision of the
        Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered
        herein.

_____ However, after serving a period of _____ imprisonment in _____ the balance
        of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of
        _____ under supervision of the Department of Corrections according to the
        terms and conditions of probation/community control set forth in a separate order entered herein.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before
the defendant begins service of the supervision terms.

Page ___ of ___

81

Defendant _____ RODERIC L. BOLING _____    Case Number ___ 93-1 ___ AF ___

## SPECIAL PROVISIONS

(As to Count ___ 5 ___)

By appropriate notation, the following provisions apply to the sentence imposed:

### Mandatory/Minimum Provisions:

**Firearm**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**
___ It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance Within 1,000 Feet of School**
___ It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Felony Offender**
___ The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Habitual Violent Felony Offender**
___ The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

**Law Enforcement Protection Act**
___ It is further ordered that the defendant shall serve a minimum of ___ years before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**
___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**
___ It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**
___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

### Other Provisions:

**Retention of Jurisdiction**
___ The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**
_✓_ It is further ordered that the defendant shall be allowed a total of _114_ days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**
___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

Page ___ of ___

82

Defendant _____ RODERIC L. BOLING _____    Case Number ___ 93-1 ___ AF _____

**Other Provisions, continued:**

**Consecutive/Concurrent**
**As To Other Counts**

_____ It is further ordered that the sentence imposed for this count shall run
(check one) _____ consecutive to _____ concurrent
with the sentence set forth in count _____ of this case.

**Consecutive/Concurrent**
**As To Other Convictions**

_____ It is further ordered that the composite term of all sentences imposed for the counts
specified in this order shall run
(check one) ✓ consecutive to _____ concurrent
with the following:
(check one)

✓ any active sentence being served.

_____ specific sentences:

_____

_____

_____

In the event the above sentence is to the Department of Corrections, the Sheriff of ___ LEON ___
County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility
designated by the department together with a copy of this judgment and sentence and any other documents specified by
Florida Statute.

The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within
30 days from this date with the clerk of this court and the defendant's right to the assistance of counsel in taking the appeal
at the expense of the State on showing of indigency.

In imposing the above sentence, the court further recommends

_____

_____

DONE AND ORDERED in open court at ___ LEON ___ County, Florida,
this ___ 8 ___ day of ___ March ___ 19 95

_____
Judge

A Certified Copy
Attest:

**Bob Inzer**
Clerk Circuit Court
Leon County, Florida

By _____ D.C.

Page ___ of ___

83