UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 1:06cr00228 |
| ) | |
| Anna Boling ) | |
| ) | |

Entry of Appearance

Clerk of the Court:

    Kindly please enter the appearance of Leslie McAdoo as counsel of record for the defendant in the above captioned matter.

                                               Respectfully submitted,

                                               /s/ Leslie McAdoo
                                             Leslie McAdoo
                                             Leslie McAdoo, Chartered
                                             1140 19th St. NW, Suite 602
                                             Washington, DC 20036
                                             Bar # 456781
                                             (202) 293 0534 telephone
                                             (202) 318-3005 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of April 2007, a copy of the foregoing Entry of Appearance was served electronically to:

Jonathan Barr
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530

Robert O. Switzer
111 Soledad Street
Suite 1200
San Antonio, TX 78205

Thomas Abbenante
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006

/s/ Leslie McAdoo
Leslie McAdoo