UNITED PROSECUTIONS DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED PROSECUTIONS OF AMERICA     *
    *
    *
v.     *    CR. NO. 06-228-03(ESH)
    *
    *
ANNA BOLING     *

*******************************************

## ORDER

Upon consideration of Counsel's Motion To Withdraw As Counsel and the entire record herein, it being shown that a conflict of interest exists between Counsel and the Defendant, on this the ___10___ day of ___April___, 2007, it is, hereby

**ORDERED,** that Counsel Joanne Roney Hepworth is granted leave to withdraw as attorney for Defendant Anna Boling and new retained counsel shall be entered to pursue any further claims in this matter.

_____
JUDGE ELLEN SEGAL HUVELLE
United States District Court