# FLORIDA DEPARTMENT of CORRECTIONS

Governor
**CHARLIE CRIST**

Secretary
**JAMES R. MCDONOUGH**

2601 Blair Stone Road • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

*An Equal Opportunity Employer*

April 27, 2007

Mr. Tejpal Chawla, Assistant United States Attorney
U.S. Department of Justice
555 Fourth Street, N.W.
Washington, D.C. 20530

RE: Roderic Boling, DC# 572958
    Orange County Case Numbers: 90-8663, 90-13210, 92-3990, 92-11646
    Seminole County Case Numbers: 91-265, 90-1569
    Leon County Case Number: 93-1573

VIA FAX: (202) 305 - 8537

Dear Mr. Chawla:

This is prepared in response to your correspondence dated April 20, 2007.

Roderic Boling was received by the Florida Department of Corrections on January 8, 1993, after sentencing in the Circuit Courts of Orange County on October 2, 1992 and Seminole County on November 5, 1992 for the following:

    County: Orange
    Case Number: 90-8663
    Term: Count 1 – Five (5) years less 223 days credit for time served prior to sentencing, concurrent to case number 90-13210.
    Offense: Grand Theft Third Degree of a Motor Vehicle
    Date of Offense: Between January 9, 1990 and February 27, 1990.

    County: Orange
    Case Number: 90-13210, Three Counts
    Term: Counts 1, 2, & 5 – Five (5) years less 241 days credit for time served prior to sentencing as to each count, each count concurrent to each other and concurrent to case number 90-8663.
    Offense: Count 1 – Uttering Forgery
             Counts 2 & 5 – Grand Theft Third Degree
    Date of Offense: March 12, 1990, as to each count.

April 27, 2007

RE: Roderic Boling, DC# 572958

County: Seminole
Case Number: 91-265
Term: Count 1 – Five (5) years less 52 days credit for time served prior to sentencing, concurrent to case numbers 90-8663 and 90-13210.
Offense: Possession of a Stolen Driver's License
Date of Offense: January 28, 1991

On May 18, 1993, he was released early from the Department's custody, by order of the Florida Parole Commission, Control Release Authority, to control release supervision until November 17, 1993. On June 10, 1993, a Warrant For Retaking A Control Releasee was issue by the Commission.

On February 8, 1994, the Florida Parole Commission revoked Boling's control release supervision effective June 10, 1993.

Pursuant to section 944.28(1), Florida Statutes, if a prisoner is convicted of escape, or if the clemency, conditional release, probation or community control, provisional release, parole, or control release granted the prisoner is revoked, the Department may, without notice or hearing, declare a forfeiture of all gain-time earned according to the provisions of law by such prisoner prior to such escape or his or her release under such clemency, conditional release, probation, community control, provisional release, control release, or parole. As a result, the Department has forfeited all gain-time earned before control release as a result of the control release revocation. However, the basic gain-time forfeiture was pro-rated based on time served.

On March 25, 1994, Boling returned to the Department's custody as a control release violator, and also having been sentenced in the Circuit Court of Seminole County on December 23, 1993 and Orange County on March 17, 1994 for the following:

County: Seminole
Case Number: 90-1569
Term: Count 1 – Three (3) years less 0 days credit for time served prior to sentencing, consecutive to case number 90-1571.
Offense: Forgery
Date of Offense: January 11, 1990

County: Seminole
Case Number: 90-1571, Four Counts
Term: Counts 1, 2, 3, & 4 – Five (5) years less 5 years credit for time served prior to sentencing.
Offense: Counts 1, 3, & 4 – Uttering Forgery
Count 2 – Grand Theft
Date of Offense: Counts 1 & 2 – March 19, 1990
Count 3 – March 12, 1990
Count 4 – April 5, 1990

April 27, 2007
RE: Roderic Boling, DC# 572958
-3-

    County: Orange
    Case Number: 92-3990
    Term: Count 1 – Three and One Half (3 1/2) years less 219 days credit for time served prior to sentencing, concurrent to case number 90-1571 and 90-1569.
    Offense: Uttering Forgery
    Date of Offense: October 10, 1991

    County: Orange
    Case Number: 92-11646
    Term: Count 1 – Three and One Half (3 1/2) years less 219 days credit for time served prior to sentencing, concurrent to case number 92-3990, 90-1571 and 90-1569.
    Offense: Uttering Forgery
    Date of Offense: October 10, 1991

Since the sentencing courts in Seminole County case numbers 90-1569 and 90-1571 and Orange County case numbers 92-3990 and 92-11646 were silent as to how the sentences are to be tied to the first imposed control release violation sentences in Orange County case numbers 90-8663, 90-13210 and Seminole County case number 91-265, the Department must rely on section 921.16(1), Florida Statutes which states:

"A defendant convicted of two or more offenses charged in the same indictment, information, or affidavit or in consolidated indictments, informations, or affidavits shall serve the sentences of imprisonment concurrently unless the court directs that two or more of the sentences be served consecutively. Sentences of imprisonment for offenses not charged in the same indictment, information, or affidavit shall be served consecutively unless the court directs that two or more of the sentences be served concurrently."

The sentence in Seminole County case number 91-265 had the latest endpoint (November 30, 1995), thus, the consecutive cases commenced upon that date.

On June 23, 1994, Boling was released to the custody of Leon County officials for an outside court appearance. He returned to the Department's custody on April 10, 1995, having been sentenced in the Circuit Court of Leon County on March 8, 1995 for the following:

    County: Leon
    Case Number: 93-1573
    Term: Count 5 – 3 years and 238 days less 114 days credit for time served prior to sentencing, consecutive to any active sentence.
    Offense: Failure to Appear
    Date of Offense: August 27, 1993

April 27, 2007

RE: Roderic Boling, DC# 572958

-4-

As the Leon County case was ordered consecutive to any active case, it started upon Seminole County case number 90-1569 reaching its endpoint (March 19, 1997) which was the latest in the second block of sentences.

The Department subsequently received a court order as to Leon County case number 93-1573 dated May 1, 1998 which amended the jail credit to 285 days. This order resulted in his emergency release from custody on May 4, 1998. At the time of his release on May 4, 1998, the sentences were comprised of the following:

Orange County Case Number 90-8663
- 600 Days   Basic Gain-Time
- 148 Days   Basic Gain-Time Forfeited Due to Control Release Revocation
- 223 Days   Original Jail Time
- 228 Days   Time Served (10/2/92 to 5/18/93)
- 820 Days   Time Served (6/10/93 to 9/8/95)
- 120 Days   Additional Gain-time
- 18 Days    Gain-Time Forfeited Due to Control Release Revocation
- 756 Days   Control Release Credit
- 756 Days   Control Release Credit Forfeited Due to Control Release Revocation
- 1825 Days  (Five (5) Years in Days)

Orange County Case Number 90-13210
- 600 Days   Basic Gain-Time
- 154 Days   Basic Gain-Time Forfeited Due to Control Release Revocation
- 241 Days   Original Jail Time
- 228 Days   Time Served (10/2/92 to 5/18/93)
- 812 Days   Time Served (6/10/93 to 8/31/95)
- 116 Days   Additional Gain-time
- 18 Days    Gain-Time Forfeited Due to Control Release Revocation
- 738 Days   Control Release Credit
- 738 Days   Control Release Credit Forfeited Due to Control Release Revocation
- 1825 Days  (Five (5) Years in Days)

Seminole County Case Number 91-265
- 600 Days   Basic Gain-Time
- 81 Days    Basic Gain-Time Forfeited Due to Control Release Revocation
- 52 Days    Original Jail Time
- 194 Days   Time Served (11/5/92 to 5/18/93)
- 903 Days   Time Served (6/10/93 to 11/30/95)
- 175 Days   Additional Gain-Time
- 18 Days    Gain-Time Forfeited Due to Control Release Revocation
- 961 Days   Control Release Credit
- 961 Days   Control Release Credit Forfeited Due to Control Release Revocation
- 1825 Days  (Five (5) Years in Days)

April 27, 2007
RE: Roderic Boling, DC# 572958

-5-

### Seminole County Case Number 90-1569

| | | |
|---|---|---|
| 360 | Days | Basic Gain-Time |
| 0 | Days | Original Jail Time |
| 475 | Days | Time Served (11/30/95 to 3/19/97) |
| 260 | Days | Additional Gain-Time |
| 1095 | (Three (3) Years in Days) | |

### Orange County Case Numbers 92-3990 and 92-11646

| | | |
|---|---|---|
| 420 | Days | Basic Gain-Time |
| 219 | Days | Original Jail Time |
| 419 | Days | Time Served (11/30/95 to 1/22/97) |
| 220 | Days | Additional Gain-Time |
| 1278 | (Three and One Half (3 1/2) Years in Days) | |

### Leon County Case Number 95-1573

| | | |
|---|---|---|
| 438 | Days | Basic Gain-Time |
| 285 | Days | Original Jail Time |
| 411 | Days | Time Served (3/19/97 to 5/4/98) |
| 220 | Days | Additional Gain-Time |
| 1354 | (Three (3) Years and 238 days in Days = 1333 days) | |

No credit breakdown was provided for Seminole County case number 90-1571 as the court awarded 5 years of credit on a 5 year sentence.

If this office may be of further assistance, please contact me at (850) 487-3464.

Sincerely,

*[signature]*

Jeffery S. Bryan
Assistant Admission and Release Administrator
Bureau of Sentence Structure and Population Management