UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Cr. No. | 06-228-01 (ESH/JMF) |
| | ) | | 06-228-02 (ESH/JMF) |
| JEFFREY S. MILLS, | ) | | 06-228-03 (ESH/JMF) |
| RODERIC L. BOLING, and | ) | | |
| ANNA BOLING. | ) | | |
| | ) | | |

### DEFENDANT ANNA BOLING'S MOTION FOR LEAVE TO FILE OUT OF TIME

The Defendant, Anna Boling, by and through undersigned counsel, respectfully requests leave to file, out of time, a response to the Government's Motion *In Limine* to Present Evidence of the Financial Status of Defendants Anna and Roderic Boling. In support of this motion, the Defendant states the following:

1. That on April 16, 2007, the Court set a deadline of May 4, 2007 for the U.S. Attorney to file its motion *in limine* regarding the admissibility of evidence relating to the Bolings' financial condition, and ordered the Defendant, Anna Boling, to respond to the government's motion by Friday, May 11, 2007;

2. That undersigned counsel inadvertently calendared a due date for the defense response based on the Court's ordinary rule allowing eleven days to respond to motions instead of the specific deadline set by the Court's order;

3. That the response is prepared for filing today, Monday, May 14, 2007, and is appended as an attachment to this motion;

4. That undersigned counsel has contacted the representative of the U.S. Attorney assigned in this matter, Jonathan Barr, and he does not object to the defense's request for leave to file out of time.

WHEREFORE, it is respectfully requested that this motion be granted and that the Court permit the Defendant to file her response to the government's motion out of time.

Respectfully submitted,

_____/s/ Leslie McAdoo_____
Leslie McAdoo
Bar # 456781
1140 19th St. NW, Suite 602
Washington, DC 20036
(202) 293-0534  telephone
(202) 318-3005  facsimile
Counsel for Anna Boling

CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of May 2007, a copy of the foregoing Motion for Leave to File Out of Time was served electronically to:

Jonathan Barr
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530

Robert O. Switzer
111 Soledad Street
Suite 1200
San Antonio, TX 78205

Thomas Abbenante
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006

                                                        /s/ Leslie McAdoo
                                                       Leslie McAdoo