UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Cr. No. | 06-228-01 (ESH/JMF) |
| | ) | | 06-228-02 (ESH/JMF) |
| JEFFREY S. MILLS, | ) | | 06-228-03 (ESH/JMF) |
| RODERIC L. BOLING, and | ) | | |
| ANNA BOLING. | ) | | |
| | ) | | |

ORDER

UPON CONSIDERATION of Defendant's Motion for Leave to File Out of Time, on this _____ day of _____, 2007, it is hereby,

ORDERED, that Counsel for Anna Boling is granted leave to file a response to the Government's Motion *In Limine* to Present Evidence of the Financial Status of Defendants Anna and Roderic Boling out of time.

---

HON. ELLEN SEGAL HUVELLE
United States District Judge