UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 06-228-01 (ESH/JMF) |
| | ) | 06-228-02 (ESH/JMF) |
| JEFFREY S. MILLS, | ) | 06-228-03 (ESH/JMF) |
| RODERIC L. BOLING, and | ) | |
| ANNA BOLING. | ) | |
| | ) | |

FILED
MAY 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

UPON CONSIDERATION of Defendant's Motion for Leave to File Out of Time, on this __15__ day of __May__, 2007, it is hereby,

ORDERED, that Counsel for Anna Boling is granted leave to file a response to the Government's Motion *In Limine* to Present Evidence of the Financial Status of Defendants Anna and Roderic Boling out of time.

_____
HON. ELLEN SEGAL HUVELLE
United States District Judge