UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 06-228 (ESH) |
| : | |
| v. : | |
| : | |
| JEFFREY S. MILLS, : | |
| RODERIC L. BOLING, AND : | |
| ANNA BOLING : | |
| : | |
| Defendant. : | |
| : | |

**NOTICE BY THE UNITED STATES OF THE IDENTITY OF CO-PROMOTERS AND CO-CONSPIRATORS WHO WILL NOT BE CALLED TO TESTIFY BUT WHOSE STATEMENTS THE UNITED STATES MAY INTRODUCE AT TRIAL**

The United States, by and through its attorney, the States Attorney for the District of Columbia, hereby files, pursuant to the Court's April 16, 2007 Order, this notice disclosing the identity of co-venturers and/or co-conspirators who will not be called to testify but whose statements the United States may seek to introduce at trial.

On April 16, 2007, the Court ordered the United States "to identify on or before June 15, 2007, any conspirators and "copromoters" who will not be called to testify and whose statements will be proffered pursuant to Fed.R.Evid. 801(d)(2)(E)." On May 22, 2007, the Court ordered that any filings or due on June 15, 2007, must be submitted on or before June 14, 2007 at 9:00 a.m.  Pursuant to the Court's Orders, the United States identifies the following co-conspirators and/or co-promoters in the fraudulent promotion of one or more of the stocks which were touted in the fraudulent voicemails, and whose co-venturer statements the United States may attempt to introduce into evidence:

1. James Kelly (Jim Kelly)

2. Michael Hale

3. Steve Tebo

4. Bryce Boucher

5. Joseph Camillo

6. Gerald Young

7. Terrence Byrne

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        for the District of Columbia

By: _____s_____
        JONATHAN R. BARR
        D.C. Bar No. 437334
        TEJPAL S. CHAWLA
        D.C. Bar No. 464012
        Assistant U.S. Attorneys
        555 4th Street, N.W.
        Washington, D.C.  20530
        (202) 353-2442 (Chawla)
        (202) 514-9620 (Barr)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June 2007, I have caused a copy of the Notice by the United States of the Identity of Co-venturers and Co-conspirators Who Will Not Be Called to Testify but Whose Statements the United States May Introduce at Trial United States' to be delivered electronically by ECF to the following counsel for the defendants:

Thomas Abbenante, Esq.

Robert O. Swtizer, Esq.

Leslie McAdoo, Esq.

_____
JONATHAN R. BARR
ASSISTANT U.S. ATTORNEY