## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number:   06-CR-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ANNA A. BOLING, | : | VIOLATION: |
| | : | |
| | : | 18 U.S.C. § 4 |
| | : | (Misprision of Felony) |
| Defendant. | : | |
| _____ | : | |

## INFORMATION

1.     Beginning in or about July, 2004,  Ms. Anna Boling, knowingly and intentionally engaged in a hoax stock promotion campaign that was directed by Roderic Boling and Jeffrey Mills. Ms. Boling recorded telephone voice messages relating to stocks of thinly traded public companies and was aware of false statements and misrepresentations in the voicemails.  As part of the voicemail campaign, Anna Boling recorded messages using various fake names with specific cellular phone numbers where she could be reached.  Ms. Boling knew the cellular phone numbers she provided in the voicemail recording were to disposable phones possessed by other persons, and Ms. Boling set up a voicemail to these numbers using the same fake name she used for herself in the hoax voicemails.

2.     From July 24, 2004 to August 18, 2004 Ms. Boling recorded at least 26 different voicemails containing false statements and misrepresentations that discussed or mentioned at least nine different thinly traded corporations.  During this period Ms. Boling was aware that her hoax

voicemails had been distributed to tens of thousands of potential investors, and that her voicemails had successfully convinced a large number of investors to buy stock in the companies she mentioned in her hoax voicemail recordings. While she was recording the voicemails, Ms. Boling, was aware that her husband, Roderic Boling was to be compensated for the voicemail campaign by Jeffrey Mills, who was a stock promoter.

3.    By October, 2004, Ms. Boling became aware that the conduct of Roderic Boling and Jeffrey Mills constituted securities fraud, and she did not report the crime or any of the criminal participants to authorities. Between August 19, 2004 and January 19, 2006, Ms. Boling became aware that a Grand Jury in Washington, D.C. was investigating securities fraud and wire fraud and was focused on her conduct, and that of her husband, Roderic Boling. In late December 2005 or early January 2006, Ms. Boling learned that the Grand Jury had subpoenaed her mother and sister to testify before the Grand Jury in early 2006. In an effort to avoid detection of the securities and wire fraud committed by her husband and others, as well as her own conduct, Ms. Boling falsely told her mother and sister that she did not do the voicemail recordings. At the time Ms. Boling made the statements to her sister and mother she believed that her mother and sister would relay that false information to the Grand Jury in Washington, D.C. Ms. Boling's mother and sister did indeed repeat these false declarations to the Grand Jury in Washington, D.C. to the detriment of its investigation on January 19, 2006 and March 2, 2006. Ms. Boling never reported securities fraud, wire fraud, or conspiracy to commit securities and wire fraud to the authorities. On July 27, 2006, Ms. Boling was indicted with Roderic Boling and Jeffrey Mills on charges of conspiracy to commit securities fraud and wire fraud, securities fraud, and wire fraud.

4.      Therefore, prior to January 19, 2006, the defendant, Anna August Boling, having

knowledge of the actual commission of a felony cognizable by a court of the United States, to wit,

securities fraud, wire fraud and/or conspiracy to commit wire fraud, did conceal the same by using

false statements, false pretenses and false representations, and did not as soon as possible make

known the same to some judge or other person in civil or military authority under the United States,

in violation of 18 U.S.C. Section 4.

JEFFREY A.  TAYLOR
United States Attorney


By:    _____
       TEJPAL S. CHAWLA
       Assistant United States Attorney
       United States Attorneys Office
       Fraud & Public Corruption Section
       555 4th Street, N.W.
       Washington, D.C.  20530
       (202) 353-2442