AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

**FILED**
JUL 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

———————— DISTRICT OF ————————

UNITED STATES OF AMERICA
V.

Anna Boling

## WAIVER OF INDICTMENT

CASE NUMBER: 06-228-3

I, _Anna Boling_, the above named defendant, who is accused of

_Misprision of a Felony. 18 USC § 4_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _July 3, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_/s/ Anna Boling_
**Defendant**

_/s/ Leslie McAdoo_
**Counsel for Defendant**

Before _/s/ Ellen S. Huvelle_
**Judicial Officer**