UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-228 (ESH) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY S. MILLS | : | |
| RODERIC L. BOLING; AND | : | |
| ANNA BOLING, | : | |
| | : | |
| Defendants. | : | |

**FILED**
OCT 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

### ORDER

After having considered the Government's Unopposed Motion to Continue Status Date, and the entire record in this matter, it is hereby ORDERED that the government's motion is GRANTED on Oct. 18 is cancelled and and that the status date set for all defendants should be re-set until 2/8, 2008 at 9:30 am.

SO ORDERED this __10__ day of __October__, 2007.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:
    AUSA Tejpal Chawla
    AUSA Jonathan R. Barr
    Thomas Abbenante, Esq.
    Robert O. Swtizer, Esq.
    Leslie McAdoo, Esq.