UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 06-228 (ESH) |
| v. | : |
| JEFFREY S. MILLS<br>RODERIC L. BOLING; AND<br>ANNA BOLING, | : |
| Defendants. | : |

### ORDER

After having considered the Joint Motion to Continue Status Date, and the entire record in this matter, it is hereby ORDERED that the joint motion is GRANTED and that the status date set for all defendants should be re-set until June 13, 2008 at 9:30 am

SO ORDERED this 4 day of February, 2008.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

cc:
AUSA Tejpal Chawla
Thomas Abbenante, Esq.
Robert O. Swtizer, Esq.
Leslie McAdoo, Esq.

2